**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al.,<br>Plaintiffs | §<br>§<br>§ | |
| vs. | § | Civil Action No. 1:26-cv-543 |
| | §<br>§ | |
| KHIT CHIROPRACTIC AND<br>REHABILITATION, PLLC, et al.,<br>Defendants | §<br>§<br>§ | |

**APPENDIX B: REDACTED RECORDS AND BILLS FROM DEFENDANT PROVIDERS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*,<br>Plaintiffs | §<br>§<br>§ | |
| vs. | §<br>§<br>§<br>§ | Civil Action No. 1:26-cv-543 |
| KHIT CHIROPRACTIC AND REHABILITATION, PLLC, *ET AL.*,<br>Defendants | §<br>§<br>§ | |

**PLAINTIFFS' APPENDIX B-1: KHIT PATIENT INTAKE FORMS**

KHIT CHIROPRACTIC

Date : 5 / 31 / 23

First Name: [redacted] Middle: [redacted] Last: [redacted]

Date of Birth: [redacted]

Date of Injury: 05 / 19 / 2023

Address: [redacted]

City: [redacted] State: [redacted] Zip Code: [redacted]

Cell Phone Number: [redacted]

Any information /concerns you want to make us aware of:

Allergic to Flexril



[redacted]

KHIT CHIROPRACTIC

Please answer the questions below. Please let us know if you need help.

Did your body strike the inside of the vehicle? ☐ Yes ☑ No
If Yes, describe: ____________________

Did you loose consciousness: ☐ Yes ☑ No
If Yes, for how long do you think: ____________________

Were you taken to the hospital: ☐ Yes ☑ No
Name of facility : But did go to Baylor S&W Temple, TX
Were X-Rays or other imaging done: ☑ Yes ☐ No
Body parts X-Rayed/Imaged: XRAY (Neck/shoulder CAT Scan
Please mark if you received the following:
- ☐ Medication ____________________
- ☐ Injection(s)
- ☐ Neck collar
- ☐ Brace

Any other doctor(s) seen prior to your first visit to this office :

1. Clinic/Dr Name: ____________________ Date of Visit: ____________
Were X-Rays or other imaging done: ☐ Yes ☑ No
Body parts X-Rayed/Imaged: ____________________
Please mark if you received the following:
- ☐ Medication ____________________
- ☐ Injection(s)
- ☐ Neck collar
- ☐ Brace

KHIT CHIROPRACTIC

**Please mark in the diagram below where you have pain/symptoms.**




**Patient Name:** [redacted]

**Date:** 05 / 31 / 2023



[redacted]

KHIT CHIROPRACTIC

# Summary of Your Activities of Daily Living

Complete the following summary as it relates to your living and work duties and how the injury(ies) are affecting your performance of such activities. Please select the day to day living/work activities which are painful and/or difficult for you to perform as a result of the injury(ies) you have sustained.

## WORK

- [x] Lifting
- [x] Carrying
- [ ] Bending
- [x] Sitting
- [x] Walking
- [ ] Computer Work
- [ ] Standing

## HOUSEHOLD

- [x] Sweep/Mop
- [x] Vacuum
- [ ] Taking care of kids
- [ ] Cleaning
- [ ] Preparing Meals
- [x] Wash Dishes
- [x] Yardwork
- [ ] Transportation
- [x] Shopping
- [x] Taking out trash
- [ ]
- [ ]

## PERSONAL

- [ ] Shower
- [ ] Dressing
- [ ] Brush Teeth
- [ ] Eating
- [ ] Using toilet
- [x] Sleep
- [ ] Sexual Activity
- [x] Exercise

## SCHOOL

- [ ] Sitting
- [ ] Standing
- [ ] Walking
- [ ] Lifting
- [ ] Carrying
- [ ] Exercise
- [ ] Computer Work
- [ ]

## Other:

Patient Name: [redacted]

Date: 5/31/23



[redacted]

KHIT CHIROPRACTIC

## Your Medical History

**Mark down if you currently have, have had or never had any of these conditions**

| | NOW | HAD IT | NEVER | | NOW | HAD IT | NEVER |
|---|---|---|---|---|---|---|---|
| Diabetes | | | ✓ | Ulcers | | | ✓ |
| Anemia | | | ✓ | Stroke | | | |
| High Blood Pressure | | ✓ | ~~✓~~ | Kidney Disease | | | |
| Heart Disease | | | ✓ | Liver Disease | | | |
| Asthma | | | ✓ | Allergies | | | |
| Cancer | | | ✓ | Other: | | | |

**Please write down all surgeries, fractures and/or hospitalizations you have had or undergone.**

| Fracture/Surgery/Hospitalization | Doctor / Hospital | Date or Approximate Date Range |
|---|---|---|
| Right Wrist X | | as A child |
| BACK (L5) | DR. Spector (Charlotte) | 2009 |
| | | |
| | | |

## Family Health History

**Write down if anyone in your immediate family has any of the following conditions:**

| | YES | NO | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| Diabetes | ✓ | | | Ulcers | | ✓ | |
| Anemia | | ✓ | | Stroke | ✓ | | |
| High Blood Pressure | ✓ | | | Kidney Disease | | ✓ | |
| Heart Disease | | ✓ | | Liver Disease | | ✓ | |
| Asthma | | ✓ | | Allergies | ✓ | ~~✓~~ | |
| Cancer | ✓ | | | Other: | | | |

Write down any medication(s) you are taking: ______________________

[redacted]

Name



[redacted]

KHIT CHIROPRACTIC

CHIROPRACTIC AND REHABILITATION:

It is important to acknowledge the difference between care specialties of Chiropractic, Osteopathy, and Medicine. Chiropractic seeks to restore health through natural means, including rehabilitation, without use of Medicine or Surgery. This gives the maximum opportunity to utilize recuperative powers. The success of the Chiropractic Doctor's procedure often depends on environment, underlying causes, physical and spinal condition, as well as patient compliance. It is important to understand what to expect from Chiropractic and Rehabilitation services.

ANALYSIS:

Doctor of Chiropractic conducts a clinical analysis for the express purpose of determining whether there is evidence supporting an injury and the extent of its effects upon the body. When physiological and/or injury complex are found. Chiropractic and ancillary procedures such as physical modalities and rehabilitation may be given in an attempt to restore anatomical form, physiological function and functional performance. It is the Chiropractic premise that joint misalignment, i.e., subluxation, may cause pathological processes potentially affecting nerve, muscle, ligaments, intervertebral disc, arteries, and veins other supporting soft tissue and the possibility of degenerative processes if not treated and corrected. Chiropractic treatment gives the body the opportunity to use its own recuperative ability. Due to the complexities of nature, no Doctor can promise you specific results.

INFORMED CONSENT:

A written in terming to the Doctor of Chiropractic gives the Doctor permission and authority to care for the patient in accordance with the examination, tests, diagnosis, and analysis. The recommended treatments are usually beneficial and seldom cause any problems separate from the presenting conditions. In rare cases, underlying physical defects, deformities, or pathologies may render the patient susceptible to injury. The Doctor of course, will not give treatment if he/she is aware that such care may be contraindicated. Again, it is the responsibility of the patient make known or to learn through health care procedures whatever he/she is suffering from. Latent pathological processes, illnesses, or deformities, which would otherwise not come to the attention to the Doctor of Chiropractic. The patient also represents to the Doctor that his or her condition(s) is authentic and legitimate and is not the result any premeditated action or plan. The Doctor of Chiropractic provides a specialized, non-duplicating health care service. The Doctor of Chiropractic is licensed with the scope of practice and is available to work with other types of health care providers in your total health care regime.

RESULTS:

The purpose of health care services recommended by the Doctor of Chiropractic is to promote natural health through the reduction of symptoms, clinical, laboratory and diagnostic findings. Since there are so many variables, it is difficult to predict the time schedule or efficiency of the Chiropractic or Physical Medicine procedures. Sometimes the response is phenomenal. In most cases there is a gradual, but quite satisfactory response. Occasionally, the results are less than expected. Two or more similar conditions may respond to Chiropractic and Rehabilitation treatments and occasionally Medical or Osteopathic health care services are necessary. The fact is that the science of Chiropractic and Medicine may never be so exact as to provide definite answers to all problems.

TO THE PATIENT: PLEASES DISCUSS ANY QUESTIONS OR PROBLEMS YOU MAY HAVE WITH THE DOCTOR BEFORE SIGNING THIS STATEMENT [redacted] RSTAND THE FOREGOING.

Patient or Guardian Signature: [redacted] DATE: 5/31/23



[redacted]

www.khitchiropractic.com

KHIT CHIROPRACTIC

# HIPAA AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

SECTION A: I authorize the full disclosure of my Personal Health Information as described below in SECTION B. I understand this authorization is voluntary and made to confirm my directive. I hereby give my permission to any Organization/Facility/Doctor/Insurance carrier to disclose my Personal Health Information in the manner described.

SECTION B: PERSONAL HEALTH INFORMATION TO BE DISCLOSED
I authorize the disclosure of all true documents of my Personal Health Information, included but not limited to: ALL MEDICAL RECORDS, X-RAYS, MRI FILMS AND/OR ANY DATA OR RECORDS pertaining to my past and present physical or mental medical condition.

PERSONS/ENTITIES AUTHORIZED TO RECEIVE AND USE: I understand I am releasing my PERSONAL MEDICAL RECORDS to Khit Chiropractic as an entity and their treating/consulting doctors.

I understand that this information I am releasing will be held as confidential and not be disclosed by Khit Chiropractic, unless proper authorization given in writing by me.

PURPOSE OF DISCLOSURE: The disclosure of medical records is a necessary guideline to provide adequate treatment of patient and access a plan to present and future treatment of the patient.

RIGHT TO REVOKE: I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance upon. If I do not revoke it, this authorization will expire one year after the date of which the authorization is signed.

I had full opportunity to read and consider the contents of this authorization. I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those activities.

**YOU ARE ENTITLED TO A HARD COPY OF THIS AUTHORIZATION AFTER YOU SIGN IT.**

Signatu[redacted] Date: 5/31/23

PRINT N[redacted]

DATE O[redacted]

FAXED 12·13·23

SS#: ______________________

DATE OF INJURY: 05/19/23

Witness: ______________________

## PLEASE FAX THE *ENTIRE MEDICAL RECORDS* TO:

(______) ______________________

NOTICE TO RECIPIENT OF INFORMATION
THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THE CONFIDENTIALITY OF WHICH MAY BE PROTECTED BY FEDERAL AND/OR STATE LAW. IF THE RECORDS ARE SO PROTECTED, FEDERAL REGULATION (42 CRF PART 2) A PROHIBITS YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY THE (42 CFR PART 2) A GENERAL AUTHORIZATION FOR THE RELEASE FO MEDICAL OR OTHER INFORMATION IS NOT SUFFINCIENTLY FOR THIS PURPOSE. THE FEDERAL RULES RESTRICT ANY USE FO THE INFORMATION TO CRIMINALLY INVESTIGATE OR PRESCUTE ANY ALCOHOL OR DRUG ABUSE PATIENT.

[redacted]

KHIT CHIROPRACTIC

## Consent to Release Health Information

I give permission to Khit Chiropractic, and its affiliates to release information, verbal or written, contained in my medical records, and other related information to: Insurance Company, Attorney, Attorney's Representative, Case Manager, and/or Employer.

I have read and hereby understand the above release.

[redacted]

5/31/23
Date

Print Name: [redacted]



[redacted]

KHIT CHIROPRACTIC

**Khit Chiropractic, with your permission, can send you an email and/or text reminding you of your appointments.**

**If you would like to receive this service, please read the consent below and sign.**

[redacted] **(Patient's Initials)** I consent to receive text messages from Khit Chiropractic.

The cell phone number that I authorize to receive text messages for appointment reminders is: [redacted]

**Carrier:** T-Mobile

[redacted] **Patient's initials)** I consent to emails, to receive communications as stated above. The email that I authorize to receive email messages for appointment reminders information is: ______________.

I understand that this request to receive emails and/or text messages will apply to all future appointment reminders unless I request a change in writing.

**Patient's Signat**[redacted]______ **Date:** 5/31/23

KHIT CHIROPRACTIC

**Khit Chiropractic**
401 N Bryan Rd. Mission, TX 78572 (956) 583-4300 Fax (956)583-4433
Assignment of Benefits: Assignment of Cause on Action: Contractual Lien

The undersigned patient or responsible party, in consideration of treatment rendered or to be rendered and for deferred payment, irrevocably and exclusively assigns, grants, and conveys to Khit Chiropractic, a lien and assignment of any and all claims, causes of action, and right to any proceeds and /or benefits that the patient may have against any other person, entity, and/or insurance company for reimbursement and/or payment of medical charges incurred withal the following rights, power, and authority:

**RELEASE OF INFORMATION**: You are authorize to release information concerning my condition and treatment to my insurance company, attorney, or insurance adjuster for purposes or processing my claim for benefits and payment for services rendered to me.

**IRREVOCABLE ASSIGMENT OF RIGHTS:** You are assigned the exclusive, irrevocable right to any cause of action that exists in my favor against any insurance company for the terms of the policy, including the exclusive, irrevocable right to receive payment for such services, make demand in my name for payment, and prosecute and receive penalties, interests, court loss, or other legally compensable amounts owned by an insurance company in accordance with Article 21.55 of the Texas Insurance Code to cooperate, provide information as needed, and appears as needed, wherever to assist in the prosecution of such claims for benefits upon request.

**DEMAND FOR PAYMENT:** To any insurance company providing benefits of any kind to me/us for treatment rendered by the physician/facility named above within 5 days following your receipt of such bill for services to the extent of such bills are payable under the terms of the policy. This demands specifically conforms to Sec. 542.057 of the Texas Insurance Code, and Article 21.55 of the Texas Insurance Code, providing for attorney fees, 18% penalty, court cost, and interest from judgment, upon violation. I further instruct the provider to make all checks payable to Khit Chiropractic and mail to 401 N. Bryan Rd Mission, TX 78572

**THIRD PARTY LIABILITY:** If my injuries are the result of negligence from a third party, then I instruct the liability carrier to issue a separate draft to pay in full all services rendered, payable directly to Khit Chiropractic and to send any and all checks to 401 N. Bryan Rd Mission, TX 78572

**STATUE OF LIMITATIONS**: I waive my rights to claim any statute of limitations regarding claims for services rendered or to be rendered by the chiropractic physician/facility named above, in addition to reasonable cost of collection, including attorney fees and court cost incurred.

**LIMITED POWER OF ATTORNEY:** I hereby grant to the chiropractic facility named above power to endorse my name upon any checks, drafts, or other negotiable instrument representing payment from any insurance company representing payment for treatment and healthcare rendered by the chiropractic physician/facility named above. I agree that any insurance payment representing an amount in excess of the charges for treatment rendered will be credited to my/our account or forwarded to my/our address upon request in writing to the physician/facility named above.

**REJECTION IN WRITING:** I hereby authorize the clinic named above to establish a PIP or UM/UIM claim on my behalf. I also instruct my insurance carrier to provide upon request to the provider/clinic named above, any rejections in writing as they apply to my lack of PIP or UM/UIM coverage. I allege that electronic signatures are not adequate proof of rejection, and are valid to establish rejection, and instruct my carrier to provide only copies of my original signature regarding rejection as evidence of rejection of PIP or UM/UIM.

**TERMINATION OF CARE:** I hereby acknowledge and understand that if do not keep appointments as recommended to me by my caring doctor at this clinic, he/she has full and complete right to terminate r[redacted] granted me with a reasonable period of time.

Signature of Patient/or Responsible Party

5/31/23
Date

[redacted]

KHIT CHIROPRACTIC

| **Patient Name:** | [redacted] | **DOB:** | [redacted] |
|---|---|---|---|

## AGREEMENT TO PAY/CONTRACTUAL LIEN AND ASSIGNMENT BY PATIENT

I irrevocably agree to pay PROVIDER and/or its assigns all fees and other charges relating to treatment and services provided to me. My payment is in consideration for PROVIDER and/or its assigns agreeing to await payment, to provide PROVIDER and/or its assigns with additional assurance of payment and to induce PROVIDER to continue to render services to me. I agree that PROVIDER and/or its assign's promise to accept deferred payment for medical treatment and services constitutes good and valuable consideration. I also irrevocably assign to PROVIDER and/or its assigns a continuing first-priority and exclusive security interest in the proceeds (net of attorney fees and expenses) that may be recovered on my behalf, regardless of the source (collectively the "RECOVERY"). This assignment is an assignment of my rights, title and interest in the RECOVERY and not an assignment of any of my causes of action.

No governmental healthcare program, health insurance or worker's compensation carrier is offering coverage for my medical care, or if such coverage is available, I will not submit, and am specifically instructing PROVIDER to not submit, its charges to such insurance or governmental healthcare program. If PROVIDER were to submit its charges to such health insurance or governmental healthcare program, it would cause financial hardship to me because I cannot afford the co-pay, coinsurance or deductible payments required under the policy. Additionally, making such a claim would further reduce my lifetime benefits and/or potentially prompt the carrier to cancel or not renew my policy. I agree to indemnify and hold harmless PROVIDER and/or its assigns for all losses arising out of, based upon, or resulting from the application of any statute or regulation limiting, in whole or in part, PROVIDER and/or its assign's recovery of the full amount of the charges. I also represent that I am not eligible for financial assistance under the PROVIDER'S financial assistance policy, and/or if I am entitled to financial assistance, I voluntarily and irrevocably waive any right to such financial assistance. I understand that PROVIDER may accept discounted payments from health insurance companies and governmental healthcare programs, but that such discounts are not available to me because I am not able to offer PROVIDER the same sort of in-kind benefits that such carriers and programs are able to offer, such as a large volume of patient referrals, shared marketing expense or prompt payment.

Because my injuries were caused by the negligence of a third-party, that third-party's liability insurance is primary coverage responsible for paying the costs of my treatment. If the third-party who injured me does not have liability insurance or sufficient insurance, my own uninsured/underinsured (UMUIM) motorist coverage (if any) is primarily responsible for paying the costs of my treatment. The liability insurance for the third-party who injured me (or my UM/UIM insurance carrier, if any) is not offering to pay PROVIDER's charges. If these insurance carriers were to pay PROVIDER its charges at the time of treatment or promptly thereafter, PROVIDER would offer such carriers any discounts that may be available to patients who can pay cash or health insurers or governmental healthcare programs. But, because the liability insurance for the third-party who injured me (or my UM/UIM carrier, if any) is refusing to pay, I am forced to obtain care from PROVIDER on a deferred-payment basis. Because I am not able to pay PROVIDER until my injury claim is resolved, PROVIDER cannot offer me any discounts that may be available to patients who can pay cash at the time of service or health insurers or governmental healthcare programs.

If I hire an attorney or change attorneys at any time, I agree to notify my attorney of this assignment and lien. If my representation changes or is terminated, or if my address or telephone number changes, I agree to notify PROVIDER and/or its assigns within 10 days. I further understand that this agreement does not make my obligation to pay all amounts due PROVIDER and/or its assigns contingent upon achieving the RECOVERY, and that I remain personally responsible for payment of same regardless of whether the RECOVERY, in any amount, is achieved or whether the amount of the RECOVERY is sufficient to pay the entire outstanding balance owed to PROVIDER and/or its assigns. I further understand and agree that I am obligated to pay the entire outstanding balance owed to PROVIDER and/or its assigns regardless of whether the medical treatment was successful and provided relief, or whether the treatment was related to the injuries that serve as the basis of my claim or lawsuit.



[redacted]

KHIT CHIROPRACTIC

Any and all rights assigned and/or liens or security interests granted under this agreement will likely be assigned by PROVIDER to a third-party assignee. I expressly waive any and all objections to any such assignment. **In the event of an assignment, I understand and agree that any payment made by such third-party assignee to PROVIDER is not made on my behalf or to otherwise reduce or liquidate the amount that I owe PROVIDER and/or the third-party assignee. I understand and agree that, regardless of the amount paid by the third-party assignee to PROVIDER, I will continue to be responsible for paying the full amount of PROVIDER'S medical bills.**

During the period of time from when PROVIDER performs any health care service or treatment until the time I or my attorney pay PROVIDER and/or its assigns in full for such service or treatment, any applicable statute of limitations relating to PROVIDER'S and/or its assigns right to pursue payment of the balance due shall be tolled. I further agree that this assignment shall be governed by the laws of the State of Texas. I agree that any litigation relating to this assignment shall be brought in the Texas state courts located within the county where I received treatment and services by the PROVIDER, and I hereby consent to the jurisdiction of such courts.

Any and all disputes, claims or controversies arising out of or in connection with this Agreement or in any way connected, no matter how described, pleaded or styled, including claims arising in tort and/or contract, shall be decided exclusively and finally by binding arbitration. I KNOWINGLY WAIVE ANY RIGHT TO A TRIAL BY JURY OR BEFORE A COURT WITH RESPECT TO THE ISSUES THAT ARE SUBJECT TO ARBITRATION HEREUNDER. The arbitration hearing shall be conducted at a location within twenty (20) miles of PROVIDER'S address. The arbitration shall be conducted before the American Arbitration Association (the "AAA"), pursuant to the AAA Commercial Arbitration Rules. The "AAA" Commercial Arbitration Rules are available online at www.adr.org, or can be obtained by phone at 1-800-778-7879, by mail at 1633 Broadway, 10th Floor, New York, NY 10019, or upon written request to Assignor or Assignee. The arbitration shall be conducted by one neutral arbitrator appointed by the AAA. The arbitrator shall have actual experience in and knowledge of the subject matter of this Agreement to the greatest extent practicable. The arbitrator shall have the authority to award any monetary and nonmonetary relief available to either PROVIDER and/or its assigns or myself in an action otherwise prosecuted in court, including injunctive and other provisional relief. Judgment on the arbitration award may be entered by any court of competent jurisdiction. The arbitrator shall award the prevailing party the cost of the arbitration, the arbitrator's compensation, attorney fees and costs. The award shall be final, binding and non-appealable. I acknowledge and agree that this arbitration shall be solely between me and PROVIDER and/or its assigns, and no class arbitration or other representative action may be undertaken by the arbitrator, and the arbitrator shall have no power to consolidate or join claims of other parties or persons who may be similarly situated ("Similar Claims Provision"). I further agree that the Federal Arbitration Act ("FAA") and related federal law shall govern the interpretation and enforcement of this Paragraph to the fullest extent possible, to the exclusion of all otherwise potentially applicable state law, regardless of the location of the arbitration proceedings or the nature of the disputes or controversies. The arbitrator shall apply Texas law consistent with the FAA and related federal law, including applicable statutes of limitations and shall honor claims of privilege recognized at law. With the exception of the Similar Claims Provision hereinabove, if any part of this arbitration agreement is deemed to be invalid, unenforceable or illegal, then the balance of this arbitration agreement shall remain in effect and shall be construed in accordance with its terms as if the invalid, unenforceable, illegal or conflicting provision were not contained herein. By signing below, I agree that I have read and understand the Arbitration Agreement.

[redacted]

PATIE[redacted]

Print: [redacted]

**Date:** 05/31/23

(If Patient is a Minor)

Parent or Guardian Signature

Print: ____________________



[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*, Plaintiffs | § § § § | |
| vs. | § | Civil Action No. 1:26-cv-543 |
| | § § | |
| KHIT CHIROPRACTIC AND REHABILITATION, PLLC, *ET AL.*, Defendants | § § § | |

---

**PLAINTIFFS' APPENDIX B-2: KAY MEDICAL PATIENT INTAKE FORMS**

---

KAY MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-351-6153
Fax: 1-888-389-0362

Name: [redacted]

Acct #: Office Use Only

Date of [redacted]

Date of Injury: 05 / 19 / 23

Concerns you want to address during this visit:

## MEDICATIONS
(including over the counter & herbal supplements)

| Name / Dosage | Purpose |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## ALLERGIES

**Please check if you are allergic to any of the following:**

☐ Aspirin ☐ Penicillin ☐ Codeine ☐ Metal ☐ Latex ☐ Local anesthesia

☑ Other:

If yes, please explain reaction: Flexril

## SURGICAL AND HOSPITALIZATION HISTORY

**Have you ever been hospitalized or had an operation?** ☑ Yes ☐ No

**If yes, please explain, including date:**

On my BACK (L5) ON 11/09

## DUTIES UNDER DURESS

**Do you now have difficulty with any of the following?**

☐ Work ☐ Study ☐ Domestic ☐ Household ☐ Hobbies

☐ Other:

**Due to:**

☐ Difficulty with stability / mobility / posture

☐ Anxiety / Depression

☑ Pain ☐ Spasms ☐ Fatigue



[redacted]

KAY MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

## MEDICAL HISTORY

**Please check if you have any of these conditions CURRENTLY or in the PAST.**

| | | | | |
|---|---|---|---|---|
| ☐ Weight Loss | ☐ Wheezing | ☐ Swelling of Limbs | ☑ Nausea | **MALE** |
| ☐ Fatigue | ☐ Breast Mass | ☐ Diabetes | ☐ Vomiting | ☐ Urinary Dribbling |
| ☐ Memory Loss | ☐ Breast Pain | ☐ Excessive Thirst | ☐ Joint Pain | ☐ Reduced Flow |
| ☑ Headache | ☐ Skin Changes | ☐ Excessive Urination | ☐ Joint Swelling | ☐ Nighttime Urination |
| ☐ Visual Loss | ☐ Anemia | ☐ Libido Change | ☐ Jaw Pain | |
| ☐ Decreased Hearing | ☐ Bleeding Issues | ☐ Bloody Stool | ☐ Blackouts | **FEMALE** |
| ☐ Sinus Pain | ☐ Chest Pain | ☐ Constipation | ☑ Dizziness | ☐ Abnormal PAP smear |
| ☐ Hoarseness | ☐ Irregular Heartbeat | ☐ Diarrhea | ☐ Seizures | ☐ Urinary Complaints |
| ☑ Sore Throat | ☐ High Blood Pressure | ☐ Heart Burn | ☐ Stroke | ☐ Blood in Urine |
| ☐ Trouble Swallowing | ☐ Heart Disease | ☐ Jaundice | ☑ Anxiety/Depression | ☐ Menstrual irregularities |
| ☐ Cough | ☐ Shortness of Breath | ☐ Kidney Stones | ☐ Sleep Issues | |

## SOCIAL HISTORY

| | | | | |
|---|---|---|---|---|
| Do you smoke cigarettes or use other tobacco products? | ☑ Never | ☐ Yes | # of packs per day:______ | |
| | ☐ Quit | Date quit:______ | Years smoked:______ | |
| Do you use recreational drugs? | ☑ No | ☐ Yes | # times per month/day:______ | |
| | ☐ Marijuana | ☐ Cocaine | ☐ Opioids | ☐ Other:______ |
| Do you drink alcohol? | ☑ No | ☐ Yes | # drinks per week:______ | |
| Do you consume caffeinated beverages? | ☐ No | ☐ Yes | # drinks per day:______ | |
| | ☐ Coffee | ☑ Tea | ☑ Carbonated drinks | |

## FAMILY HISTORY

**Please check if a family member has had any of the following**

| | | | | |
|---|---|---|---|---|
| ☐ Alcoholism | ☐ Allergies | ☑ Diabetes | ☐ Tuberculosis | ☐ Heart Disease |
| ☑ Stroke | ☑ High Blood Pressure | ☑ Cancer | ☑ High Cholestorol | ☐ Thyroid Issues |
| ☑ Depression / Anxiety / Bipolar | | ☐ Suicide | ☐ Major Medical Problems:______ | |

## WOMEN ONLY

Dates of last two periods: ____/____/____ ____/____/____

Pregnant? ☐ Yes ☐ No ☐ Not Sure

Changes in menstruation noted since the accident:____________________

Emergency Contact: ________ Phone Number:________ Relationship:________

Primary Care Doctor: Phone Number:________

**Patient Name:** [redacted]

**Patient Signatur**[redacted]

**Date:** 06/16/23



[redacted]

KAY
MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

# CONSENT FOR TREATMENT

Date: 06/16/23 [redacted]

Patient Name: [redacted]

Address: [redacted]

Phone Number: ______________________

I give my consent to Kay Medical Center to examine me for any deficiencies and to administer any treatment deemed necessary by Dr. William Donovan, Dr. Sannichie Quaicoe, Valerie Rivera, FNP or Angel Amaya, FNP. I hereby signify acceptance of responsibility for payment charges incurred by me or my child and understand that this agreement will remain in effect until the account is paid in full, even if my child reaches the age of majority. I also understand that insurance benefits may be applied and are acceptable as payment according to the guidelines of the policy of settlement and reimbursement for charges incurred.

Patient Signat[redacted]

[redacted]

KAY MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

**Kay Medical Center**
**301 N. Bryan Rd. Mission, TX 78572 (956) 354-6153 Fax (888) 389-0362**

Assignment of Benefits: Assignment of Cause of Action: Contractual Lien

The undersigned patient or responsible party, in consideration of treatment rendered or to be rendered and for deferred payment, irrevocably and exclusively assigns, grants, and conveys to Kay Medical Center, a lien and assignment of any and all claims, causes of action, and right to any proceeds and /or benefits that the patient may have against any other person, entity, and /or insurance company for reimbursement and /or payment of medical charges incurred withal the following rights, power, and authority:

**RELEASE OF INFORMATION:** You are authorized to release information concerning my condition and treatment to my insurance company, attorney, or insurance adjustor for purposes of processing my claim for benefits, and payment for services rendered to me.

**IRREVOCABLE ASSIGNMENT OF RIGHTS:** You are assigned the exclusive, irrevocable right to any cause of action that exists in my favor against any insurance company for the terms of the policy, including the exclusive, irrevocable right to receive payment for such services, make demand in my name for payment, and prosecute and receive penalties, interests, court loss, or other legally compensable amounts owned by an insurance company in accordance with Article 21.55 of the Texas Insurance Code to cooperate, provide information as needed, and appears as needed, wherever to assist in the prosecution of such claims for benefits upon request.

**DEMAND FOR PAYMENT:** To any insurance company providing benefits of any kind to me/us for treatment rendered by the provider/facility named above, within 5 days following your receipt of such bill for services to the extent of such bills are payable under the terms of the policy. This demand specifically conforms to Sec. 542.057 of the Texas Insurance Code, and Article 21.55 of the Texas Insurance Code, providing for attorney fees, 18% penalty, court cost(s), and interest from judgement upon violation. I further instruct the provider to make all checks payable to Kay Medical Center and mail to 301 N. Bryan Rd. Mission, TX 78572.

**THIRD PARTY LIABILITY:** If my injuries are the result of negligence from a third party, then I instruct the liability carrier to issue a separate draft to pay in full all services rendered, payable directly to Kay Medical Center and to send all checks to 301 N. Bryan Rd. Mission, TX 78572.

**STATUTE OF LIMITATIONS:** I waive my rights to claim any statute of limitations regarding claims for services rendered or to be rendered by the provider/facility named above, in addition to reasonable cost of collection, including attorney fees and court cost(s) incurred.

**LIMITED POWER OF ATTORNEY:** I hereby grant to the provided/facility named above power to endorse my name upon any checks, drafts, or other negotiable instrument representing payment from any insurance company representing payment for treatment and healthcare rendered by the provider/facility named above. I agree that any insurance payment representing an amount in excess of the charges for treatment rendered will be credited to my/our account or forwarded to my/our address upon request in writing to the provider/facility named above.

**REJECTION IN WRITING:** I hereby authorize the provider/facility named above, to establish a PIP or UM/UIM claim on my behalf. I also instruct my insurance carrier to provide upon request to the provider/facility named above, any rejections in writing as they apply to my lack of PIP or UM/UIM coverage. I allege that electronic signatures are not adequate proof of rejection, and are valid to establish rejection, and instruct my carrier to provide only copies of my original signature regarding rejection as evidence of rejection of PIP or UM/UIM.

**TERMINATION OF CARE:** I hereby acknowledge, and understand, that if I do not keep appointments as recommended to me by my health care provider at this clinic, he/she has full and complete right to terminate responsibility for my care, and relinquish any disability granted me within a reasonable period. If during my care, my insurance company requires me to take an examination from any other provider or doctor, I will [redacted] ailure to do so may jeopardize my case.

Signature of Patient or Responsible [redacted] ate: 06/16/23
I declare under penalty of perjury that the fo[redacted]

Witness:____________________ Date:____________________
I declare under penalty of perjury that the forgoing is true and correct. [CPRC: Sec. 132.001(a)]



[redacted]

301 N. Bryan Rd
Mission, TX 78572
Fax: 1-888-389-0362

KAY MEDICAL C[redacted]

Patient's Name: [redacted]

## AGREEMENT TO PAY/CONTRACTUAL LIEN AND ASSIGNMENT BY PATIENT

I irrevocably agree to pay PROVIDER and/or its assigns all fees and other charges relating to treatment and services provided to me. My payment is in consideration for PROVIDER and/or its assigns agreeing to await payment, to provide PROVIDER and/or its assigns with additional assurance of payment and to induce PROVIDER to continue to render services to me. I agree that PROVIDER and/or its assign's promise to accept deferred payment for medical treatment and services constitutes good and valuable consideration. I also irrevocably assign to PROVIDER and/or its assigns a continuing first-priority and exclusive security interest in the proceeds (net of attorney fees and expenses) that may be recovered on my behalf, regardless of the source (collectively the "RECOVERY"). This assignment is an assignment of my rights, title and interest in the RECOVERY and not an assignment of any of my causes of action.

No governmental healthcare program, health insurance or worker's compensation carrier is offering coverage for my medical care, or if such coverage is available, I will not submit, and am specifically instructing PROVIDER to not submit, its charges to such insurance or governmental healthcare program. If PROVIDER were to submit its charges to such health insurance or governmental healthcare program, it would cause financial hardship to me because I cannot afford the co-pay, coinsurance or deductible payments required under the policy. Additionally, making such a claim would further reduce my lifetime benefits and/or potentially prompt the carrier to cancel or not renew my policy. I agree to indemnify and hold harmless PROVIDER and/or its assigns for all losses arising out of, based upon, or resulting from the application of any statute or regulation limiting, in whole or in part, PROVIDER and/or its assign's recovery of the full amount of the charges. I also represent that I am not eligible for financial assistance under the PROVIDER'S financial assistance policy, and/or if I am entitled to financial assistance, I voluntarily and irrevocably waive any right to such financial assistance. I understand that PROVIDER may accept discounted payments from health insurance companies and governmental healthcare programs, but that such discounts are not available to me because I am not able to offer PROVIDER the same sort of in-kind benefits that such carriers and programs are able to offer, such as a large volume of patient referrals, shared marketing expense or prompt payment.

Because my injuries were caused by the negligence of a third-party, that third-party's liability insurance is primary coverage responsible for paying the costs of my treatment. If the third-party who injured me does not have liability insurance or sufficient insurance, my own uninsured/underinsured (UMUIM) motorist coverage (if any) is primarily responsible for paying the costs of my treatment. The liability insurance for the third-party who injured me (or my UM/UIM insurance carrier, if any) is not offering to pay PROVIDER's charges. If these insurance carriers were to pay PROVIDER its charges at the time of treatment or promptly thereafter, PROVIDER would offer such carriers any discounts that may be available to patients who can pay cash or health insurers or governmental healthcare programs. But, because the liability insurance for the third-party who injured me (or my UM/UIM carrier, if any) is refusing to pay, I am forced to obtain care from PROVIDER on a deferred-payment basis. Because I am not able to pay PROVIDER until my injury claim is resolved, PROVIDER cannot offer me any discounts that may be available to patients who can pay cash at the time of service or health insurers or governmental healthcare programs

If I hire an attorney or change attorneys at any time, I agree to notify my attorney of this assignment and lien. If my representation changes or is terminated, or if my address or telephone number changes, I agree to notify PROVIDER and/or its assigns within 10 days. I further understand that this agreement does not make my obligation to pay all amounts due PROVIDER and/or its assigns contingent upon achieving the RECOVERY, and that I remain personally responsible for payment of same regardless of whether the RECOVERY, in any amount, is achieved or whether the amount of the RECOVERY is sufficient to pay the entire outstanding balance owed to PROVIDER and/or its assigns. I further understand and agree that I am obligated to pay the entire outstanding balance owed to PROVIDER and/or its assigns regardless of whether the medical treatment was successful and provided relief, or whether the treatment was related to the injuries that serve as the basis of my claim or lawsuit.

KAY
MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Fax: 1-888-389-0362

Any and all rights assigned and/or liens or security interests granted under this agreement will likely be assigned by PROVIDER to a third party assignee. I expressly waive any and all objections to any such assignment. In the event of an assignment, I understand and agree that any payment made by such third party assignee to PROVIDER is not made on my behalf or to otherwise reduce or liquidate the amount that I owe PROVIDER and/or the third party assignee. I understand and agree that, regardless of the amount paid by the third party assignee to PROVIDER, I will continue to be responsible for paying the full amount of PROVIDER'S medical bills.

During the period of time from when PROVIDER performs any health care service or treatment until the time I or my attorney pay PROVIDER and/or its assigns in full for such service or treatment, any applicable statute of limitations relating to PROVIDER'S and/or its assigns right to pursue payment of the balance due shall be tolled. I further agree that this assignment shall be governed by the laws of the State of Texas. I agree that any litigation relating to this assignment shall be brought in the Texas state courts located within the county where I received treatment and services by the PROVIDER, and I hereby consent to the jurisdiction of such courts

Any and all disputes, claims or controversies arising out of or in connection with this Agreement or in any way connected, no matter how described, pleaded or styled, including claims arising in tort and/or contract, shall be decided exclusively and finally by binding arbitration. I KNOWINGLY WAIVE ANY RIGHT TO A TRIAL BY JURY OR BEFORE A COURT WITH RESPECT TO THE ISSUES THAT ARE SUBJECT TO ARBITRATION HEREUNDER. The arbitration hearing shall be conducted at a location within twenty (20) miles of PROVIDER'S address. The arbitration shall be conducted before the American Arbitration Association (the "AAA"), pursuant to the AAA Commercial Arbitration Rules. The "AAA" Commercial Arbitration Rules are available online at www.adr.org, or can be obtained by phone at 1-800-778-7879, by mail at 1633 Broadway, 10th Floor, New York, NY 10019, or upon written request to Assignor or Assignee. The arbitration shall be conducted by one neutral arbitrator appointed by the AAA. The arbitrator shall have actual experience in and knowledge of the subject matter of this Agreement to the greatest extent practicable. The arbitrator shall have the authority to award any monetary and nonmonetary relief available to either PROVIDER and/or its assigns or myself in an action otherwise prosecuted in court, including injunctive and other provisional relief. Judgment on the arbitration award may be entered by any court of competent jurisdiction. The arbitrator shall award the prevailing party the cost of the arbitration, the arbitrator's compensation, attorney fees and costs. The award shall be final, binding and non-appealable. I acknowledge and agree that this arbitration shall be solely between me and PROVIDER and/or its assigns, and no class arbitration or other representative action may be undertaken by the arbitrator, and the arbitrator shall have no power to consolidate or join claims of other parties or persons who may be similarly situated ("Similar Claims Provision"). I further agree that the Federal Arbitration Act ("FAA") and related federal law shall govern the interpretation and enforcement of this Paragraph to the fullest extent possible, to the exclusion of all otherwise potentially applicable state law, regardless of the location of the arbitration proceedings or the nature of the disputes or controversies. The arbitrator shall apply Texas law consistent with the FAA and related federal law, including applicable statutes of limitations and shall honor claims of privilege recognized at law. With the exception of the Similar Claims Provision hereinabove, if any part of this arbitration agreement is deemed to be invalid, unenforceable or illegal, then the balance of this arbitration agreement shall remain in effect and shall be construed in accordance with its terms as if the invalid, unenforceable, illegal or conflicting provision were not contained herein. By signing below, I agree that I have read and understand the Arbitration Agreement.

[redacted] Date: 06/16/17

Print: ____________________



[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*, Plaintiffs | § § § § | |
| vs. | § | Civil Action No. 1:26-cv-543 |
| | § § | |
| KHIT CHIROPRACTIC AND REHABILITATION, PLLC, *ET AL.*, Defendants | § § § | |

---

**PLAINTIFFS' APPENDIX B-3: KHIT INITIAL EVALUATION NARRATIVE REPORT**

---

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** **04/16/2021**

**Provider** **Liz Molina, D.C.**

### Subjective:

Re: [redacted], Mr.
DOB: [redacted]

**Date of Injury:** 4/1/2021

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

On 4/16/2021, Mr. [redacted] presented to the office for an **initial examination and evaluation** of his injuries arising from a motor vehicle collision that he was involved in on 4/1/2021.

Mr. [redacted] states that his lower extremities struck the inside of the vehicle due to the impact.

[redacted] reported that he saw Dr. Mario Rodriguez on 4/6/2021. On this visit the Doctor did not performed radiographs. As a treatment for an initial evaluation, medication was prescribed, a referral for right knee MRI was given and has a follow-up pending. He states that he went to get the MRI done, pending for results.

We will request the medical records from that provider.

**CURRENT COMPLAINTS:**
An assessment of the current signs and symptoms were performed today.

His symptom is as follows:
Mr. [redacted] described that he has pain in his right anterior knee area. This pain is reported to occur constantly, (100%-75%) of the time. This pain causes some diminution in his capacity to carry out daily activities. Since the pain began the symptoms have generally been unchanged.

His symptom is as follows:
He has pain in his lumbar spine area. This pain is reported to occur constantly, (100%-75%) of the time. This pain causes some diminution in his capacity to carry out daily activities. Since the pain began the symptoms have generally been unchanged.

His symptom is as follows:
He has pain in his right ankle area. This pain is reported to occur constantly, (100%-75%) of the time. This pain causes some diminution in his capacity to carry out daily activities. Since the pain began the symptoms have generally been unchanged.

His symptom is as follows:
He has pain in his left ankle area. This pain is reported to occur constantly, (100%-75%) of the time. This pain causes some diminution in his capacity to carry out daily activities. Since the pain began the symptoms have generally been unchanged.

His symptom is as follows:
He has pain in his left anterior knee area. This pain is reported to occur constantly, (100%-75%) of the time. This pain causes some diminution in his capacity to carry out daily activities. Since the pain began the symptoms have generally been unchanged.

His symptom is as follows:
He has pain in his left anterior thigh area. This pain is reported to occur constantly, (100%-75%) of the time. This pain causes some diminution in his capacity to carry out daily activities. Since the pain began the symptoms have generally been unchanged.

His symptom is as follows:

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/16/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

He has pain in his left anterior leg area. This pain is reported to occur constantly, (100%-75%) of the time. This pain causes some diminution in his capacity to carry out daily activities. Since the pain began the symptoms have generally been unchanged.

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

Mr. [redacted] denies that he did not have prior similar symptoms that might not be contributory to the present condition and/or injuries/accidents that occurred in the past six months. His history has not contributed to the current symptoms.

**Medical History:**
Mr. [redacted] relates a history of allergies.

**Surgical History:**
Mr. [redacted] relates a history of umbilical hernia repair.

**Current Medication(s):**
Mr. [redacted] states that he has being taking ibuprofen (NSAID).

**Activities of daily living assessment:**
Based on an assessment of the patients history, along with his subjective complaints, objective findings, and other test results, it is evident from a standpoint of medical certainty, that his current condition did result from the type of injury/onset described in this report. He reported suffering varying degrees of losses of functional capacity with the following activities:

With regard to self care and personal hygiene, [redacted] states that he is unable to put on shoes and tying shoes without discomfort and that his condition limits the capacity to carry out that activity.

With regard to physical activity, [redacted] states that he is unable to walking, kneeling and kneeling for long periods without discomfort and that his condition limits the capacity to carry out that activity.

Regarding travel and transportation, the patient states that he is unable to driving a motor vehicle for a long period of time without discomfort and that his condition limits the capacity to carry out that activity.

Regarding achieving a restful night's sleep, Mr. [redacted] states that he has noticed a decreased ability to do so due to pain and discomfort.

## Objective:

**General Presentation:**
[redacted] is a 40 year old Male. He was born [redacted]. Today his appearance and presentation would be described as: oriented to time, place and situation, mentally alert, cooperative and alert.

**Social History:**
The patient's social history is non-contributory in that it does not contain any information that would have contributed to his present complaints.

**Family History:**
The patient's family history is non-contributory in that it does not contain any information that would have contributed to his present complaints.

**Gait:**
Gait: His walk revealed an antalgic gait that favors the left.

**Height/Weight:**
He is 6ft tall. He weighs 260.2 pounds.

**Blood Pressure:**

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/16/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

His blood pressure was taken in the sitting position and the observed measurement was 132/84

**Heart Rate:**
His pulse was measured at 68 (bpm) beats per minute.

**Temperature:**
His temperature measurement was 92.2°F.

**Extraocular Muscles:**
Examination of the extraocular muscles were found to be unremarkable.

**Visual Evaluation of the Skin:**
A visual inspection of the skin revealed that the patient has a swelling in the right anterior knee region.

**Cervical Spine Range of Motion Test:**
All cervical spine ranges of motion were found to be within normal limits.

**Thoracic Spine Range of Motion Test:**
All thoracic spine ranges of motion were found to be within normal limits.

**Spinal Ranges of Motion:**
Due to restrictions demonstrated in one or spinal regions, active and passive range of motion testing procedures were performed today. The individual test will be repeated periodically to demonstrate/monitor progress or lack there of and to help us determine if there is permanent loss of function.

Today's spinal examination revealed a significant decrease of normal range of motion of the following:

Deficient and restricted ranges of motion were found in all lumbar planes of motion with associated pain, spasms and discomfort.

**Extremity(ies) Range(s) of Motion:**
Due to restrictions demonstrated in one or more extremities, active range of motion testing procedures were performed today. The individual test will be repeated periodically to demonstrate/monitor progress or lack there of and to help us determine if there is permanent loss of function.

Today's extremity range of motion examination revealed a significant decrease of normal range of motion of the following:

Deficient and restricted ranges of motion were found in the right anterior knee and left anterior knee in all planes of motion with associated pain and discomfort.

An increase in pain was noted in the right ankle and left ankle on all planes of motion.

**Muscle Testing:**
Manual strength tests were performed on some of the major muscle groups of the upper extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A muscle grading of 5 to 0 is used, with 5 representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine. At this time no strength deficiencies were noted.

**Muscle Testing:**
Manual strength tests were performed on some of the major muscle groups of the lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A muscle grading of 5 to 0 is used, with 5 representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine.

The L1-3 spinal nerve root levels and femoral nerve were tested with resisted motion force applied to the iliopsoas. The muscle grading for these levels was 4/5 on the on the right extremity(ies).

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/16/2021
**Provider** Liz Molina, D.C. *** continued from previous page ***

The L2-L4 nerve root level were tested with resisted motion force applied to the quadriceps and adductors.The muscle grading for these levels was 4/5 on the on the right extremity(ies).

The L4 nerve root level were tested with resisted motion force applied to the tibialis anterior.The muscle grading for these levels was 4/5 on the on the right extremity(ies).

The L5 spinal nerve root levels were tested with resisted motion force applied to the extensor hallucis longus, extensor digitorum longus. The muscle grading for these levels was 4/5 on the on the right extremity(ies).

The S1 and S2 spinal nerve root levels were tested with resisted motion force applied to the peroneus longus, Peroneus brevis. The muscle grading for this level was 4/5 on the on the right extremity(ies).

**Deep tendon reflexes:**
An examination of the deep tendon reflexes of the upper extremities was performed in relation to the cervical and lumbar nerve roots on Mr. [redacted]. These reflexes showed a normal reaction, with equal strength, one side being compared to the other.

**Deep Tendon Reflexes:**
Examination of the reflexes elicits the following levels of response:
0+: absent with reinforcement
1+: hypoactive, somewhat diminished; low normal
2+: average; normal
3+: hyperactive, brisker than average; possibly but not necessarily indicative of disease
4+: hyperactive; often indicative of disease; often associated with transient clonus (rhythmic oscillations between flexion and extension)
5+: hyperactive; often indicative of disease; often associated with sustained clonus (rhythmic oscillations between flexion and extension)

Reflex testing was completed on Mr. Arredondo with the following results;

Patellar ( L4) 1+: hypoactive, somewhat diminished; low normal, bilateral
Achilles (S1) 1+: hypoactive, somewhat diminished; low normal, bilateral

**Sensory Examination:**
A sensory examination was performed to evaluate [redacted]'s ability to detect and distinguish a variation of tactile stimuli. Mr. [redacted] was asked to differentiate tactile stimuli over several dermatomes of the lower extremities. All sensory afferentation was within normal limits.

**Sensory Examination:**
A sensory examination was performed to evaluate [redacted]'s ability to detect and distinguish a variations of tactile stimuli on his upper extremities. Mr. [redacted] was asked to differentiate between the left and right upper extremities response to a pinwheel over several dermatomes all were considered normal except C5 and C8, on the right.

**Orthopedic Examinations:**
The following orthopedic examinations were performed on Mr. [redacted] to evaluate his current complaint:

Kemp's Test:
Mr. [redacted] tested positive on the lumbar spine area(s) for ligament sprain, muscle strain and disc lesion.

Straight leg raise:
Lasegue's test was positive bilateral at 50 degrees. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.

Apley's Compression:
The patient was asked to lie prone on the table with his knee bent at 90 degrees and the heel was compressed as the knee

**Chart Notes**

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/16/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

was stress with internal and external rotation. This caused pain on the both side(s) on the right knee which can indicate meniscus damage.

Apley's Distraction:
The patient was asked to lie prone on the table with his knee bent at 90 degrees and the heel was distracted as the knee was stress with internal and external rotation. This caused pain on the medial side(s) on the right knee which can indicate ligament damage.

Apley's Distraction:
The patient was asked to lie prone on the table with his knee bent at 90 degrees and the heel was distracted as the knee was stress with internal and external rotation. This caused pain on the lateral side(s) on the left knee which can indicate ligament damage.

Patella Grinding:
This test was found positive on the bilateral knee(s). The test is designed to determine the quality of the articular surfaces of the patella. While Mr. [redacted] was supine on the table in a relaxed neutral position the patella was pushed distally into the trochlear groove while he tightened the quadriceps this caused him discomfort which is positive for this test.

Abduction Stress Test
The Abduction Stress Test, which is used to confirm a medial collateral ligament injury, was positive on the right knee(s).

Adduction Stress Test
The Adduction Stress Test, which is used to indicate a lateral collateral ligament injury, was positive bilateral knee(s).

Anterior Knee Drawer Test:
There was a positive anterior drawer test in the on the right knee(s). This is a test to detect rupture of the anterior cruciate ligament in the knee.

Posterior Knee Drawer Test:
There was a positive posterior drawer test in the bilateral knee(s). This is a test to detect rupture of the posterior cruciate ligament in the knee.

Anterior Foot Drawer Test:
There was a positive anterior drawer test in the bilateral foot/ankle. This is a test to anterior talofibular ligament instability.

Medial/Lateral Stability Test:
There was a positive anterior drawer test in the bilateral foot/ankle. This is a test to the anterior talofibular or calcaneofibular ligament tear during inversion or a deltoid ligament tear during eversion.

**Palpation Evaluation:**
Manual palpation, was performed to examine tissue consistency, assess the texture of the patient's tissue (such as swelling or muscle tone), to assess range and quality of joint motion and assess tenderness through tissue deformation (e.g. provoking pain with pressure or stretching).

Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

# Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** **04/16/2021**

**Provider** **Liz Molina, D.C.** ****** continued from previous page ******

**Spinal Visual Inspection:**
The examination of the spinal curvature revealed a slightly increased lumbar lordosis.

**Postural Evaluation:**
A visual postural evaluation was conducted and the following were found:

With regard to head carriage it was found to be moderately anterior.

With regard to head tilt, it was found to be tilted to the left.

When evaluating the shoulder level, the right shoulder was high.

Visual inspection of the iliac crest level revealed a high right iliac crest.

## Assessment:

[redacted] was seen in our office today for evaluation of his injuries. It should be noted that Mr. [redacted]'s injuries came as a result of the above mentioned accident.

**Prognosis:**
The prognosis is considered guarded for Mr. [redacted]. His clinical presentation and clinical findings suggest that this is a complicated case. Symptomatic and functional improvements are expected, but a full resolution of the clinical presentation is in question with permanent residuals probable due to the severity of the injury. This prognosis may well change and is directly dependent on how well the treatment plan is followed.

-Advised
- *Tx Effect: Examination performed without incident*
- *Next Visit: continue with treatment plan as scheduled*

## Plan:

Consent to perform a physical examination was given by Mr. [redacted] prior to performance of the exam.

The nature of the proposed treatment plan along with the probability and significance of any risks and other treatment options were reviewed with Mr. [redacted] prior to beginning care. It was clear that he did understand all of his options and decided that he will be starting care.

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

I recommend seeing him 5 visits per week for 2 weeks to administer therapy as indicated by that visits observations and findings.

Goals:
Decrease swelling and edema
Decrease pain
Decrease muscle spasms
Prevent re-injury

**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle:

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/16/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

lumbar spine for 1 unit, 8-22 minutes

- **Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-22 minutes

- **Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Low Level LASER (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

This application of cold LASER (the Erchonia, an FDA approved device), class 3a low level LASER, is a FDA approved, noninvasive, biomedical optics device, will be used as an adjunctive treatment for increasing range of motion, resetting myotomes, increasing flexibility, improving muscle contractile strength, reducing pain / inflammation and to reduce need for medication. Consequently, cold LASER therapy is necessary to be incorporated for this patient's healing and rehabilitation process.

**Consultation Plan:**
If after a further evaluation a consultation is deemed necessary we will recommended that Mr. [redacted] get: MRI consult for a more complete study of their primary complaint.

**Recommendations:**
I recommended to Mr. [redacted] that he should: avoid activity that may aggravate the condition and avoid long periods of standing. A knee brace was prescribed to reduce discomfort, stabilize the joint and provide compression.

**Self-Care Management Plan:**
I have instructed Mr. [redacted] to apply cold/ice packs on bilateral knees to reduce swelling and discomfort in the affected area.

The instructions that were given: To wrap the cold/ice pack in a cloth to protect the skin. Put the cold/ice pack over the injured area for 15-20 minutes, 1-2 times per day for 7 days.

**Referral Necessary:**
Further evaluation is necessary at this time. I recommended that Mr. [redacted] get: X-rays of the lumbar spine, left knee, right ankle and left ankle, for a more complete study and evaluation of their primary complaint.

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: no therapy was performed today.

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

**Chart Notes**

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/16/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

Electronically Signed Liz Molina

Liz Molina, D.C. 04/16/2021 05:58 PM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*, Plaintiffs | § § § § | |
| vs. | § | Civil Action No. 1:26-cv-543 |
| KHIT CHIROPRACTIC AND REHABILITATION, PLLC, *ET AL.*, Defendants | § § § § § | |

---

**PLAINTIFFS' APPENDIX B-4: KAY MEDICAL EXAMINATION FORM**

---

Electronically Served
3/8/2024 11:30 AM

KAY MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

## Trauma Patient Examination Form ☒ Initial ☐ Re-Exam ☐ Telehealth ☐ Release

Patient's Name: [redacted] D.O.B: [redacted]

Date of Injury: 5 / 25 / 22 Exam Date: 4 / 1 / 22

Age: 39 Sex: Male / Female (circled) Status post: MVA (circled) / S&F ☐:

Symptoms: CS (R), TS-(L) shldr, mid-TS, LS

Temp: 97.3 °F Wght: 215 lb Ht: 67" in BP: 119 / 77 Pulse: 97 bp

Gen Appearance: ☒ Alert ☒ Cooperative ☒ Normal ☒ In Pain ☐ Anxious ☐ In Distress

Oriented: ☒ To Time ☒ To Person ☒ To Place ☐

Posture: ☒ Excellent ☒ Fair ☐ Guarded ☐

Gait: ☒ Symmetrical ☐ Asymmetrical __Ataxic Gait R26.0 __Unsteady Gait R26.81

| CATEGORY | FINDING | IF ABNORMAL, DESCRIBE BELOW | CHANGE FROM BASELINE |
|---|---|---|---|
| **Headaches** | ☒ Yes ☐ No ☐ NA | Intractable Bilat. temples<br>Not Intractable with:____ | __Post Traumatic HA, Intractable G44.301<br>✓ Post Traumatic HA, Not Intractable G44.309 |
| **Dizziness** | ☐ Yes ☒ No ☐ NA | | __Dizziness R42<br>__Vertigo H81.49 |
| **Visual Disturbance** | ☐ Yes ☒ No ☐ NA | Blurred Vision Double Vision<br>Visual Discomfort | __Vis Dis L Eye H53.142<br>__Vis Dis R Eye H53.141<br>__Vis Dis B Eyes H53.143 |
| **Anxiety** | ☒ Yes ☐ No ☐ NA | Due to MVA | ✓ Acute Stress Dis F43.0<br>__PTSD F43.11<br>(Acute, < 4wks) |
| **Depression** | ☐ Yes ☒ No ☐ NA | | __Mood Dis. F06.31 |
| **Sleep Disturbance** | ☐ Yes ☒ No ☐ NA | | __Sleep Disruption G47.00<br>__Sleep Disorder G47.9 |
| **Alteration in mental state at time of trauma or any time after that** | ☒ Yes ☐ No ☐ NA | Whiplash<br>✓ S13.4XXA (circled) | __Disorientation R41.0<br>__Conc s/LOC S06.0x0A<br>__Conc c/LOC S06.0x1A<br>__Memory Loss R41.3 |
| **Nausea/ Vomiting** | ☐ Yes ☒ No ☐ NA | | __Nausea R11.0<br>__Vomiting R11.1<br>__Naus c/ Vom R11.2 |

| | | | | | |
|---|---|---|---|---|---|
| 7 [redacted] | | 4-1 | | ✓ | |

Electronically Served
3/8/2024 11:30 AM

KAY
MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

| | | | | |
|---|---|---|---|---|
| Radiating Pain<br>Numbness<br>Tingling | ☑ Radiating Pain<br>☐ Numbness<br>☐ Tingling<br>☑ Shooting Pain<br>☐ No Pain at Present<br>☐ Other<br>________<br>________<br>________<br>________ |  | ✓ Acute Pain Due To Trauma<br>✓ C/s<br>✓ T/s<br>✓ L/s<br>__Occipital Neuralgia<br>__Tinnitus R<br>__Tinnitus L<br>__Tinnitus Bi<br>__Pulsatile Tinnitus | G89.11<br>M54.12<br>M54.14<br>M54.16<br>M54.81<br>H93.11<br>H93.12<br>H93.13<br>H93.A9 |
| Skin | ☑ Normal<br>☐ Bruising<br>☐ Abrasion<br>☐ Laceration<br>☐ Induration<br>☐ Discoloration<br>☐ Other<br>________<br>________<br>________<br>________ |  | __Cont L Eye<br>__Cont R Eye<br>__Cont of Head<br>__Cont of Neck<br>__Cont L Breast<br>__Cont R Breast<br>__Cont L Chest<br>__Cont R Chest<br>__Cont of Abdmn<br>__Cont L Sh/Arm<br>__Cont R Sh/Arm<br>__Cont L Knee<br>__Cont R Knee<br>__Cont L Thigh<br>__Cont R Thigh<br>__Cont L Hand<br>__Cont R Hand<br>__Cont R Wrist<br>__Cont L Wrist<br>__Cont R Low Leg<br>__Cont L Low Leg<br>__Cont R Forearm<br>__Cont L Forearm | S00.12XA<br>S00.11XA<br>S0093XA<br>S10.93XA<br>S20.02XA<br>S20.01XA<br>S20.212A<br>S20.211A<br>S30.1XXA<br>S40.012A<br>S40.011A<br>S80.02XA<br>S80.01XA<br>S70.12XA<br>S70.11XA<br>S60.222A<br>S60.221A<br>S60.211A<br>S60.12A<br>S80.11XA<br>S80.12XA<br>S50.11XA<br>S50.12XA |

Electronically Served
3/8/2024 11:30 AM

KAY MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

## Musculoskeletal Cervical Thoracic Lumbar

- ☐ Pain
- ☐ Tenderness
- ☐ Hypertonicity
- ☐ Spasms
- ☐ Swelling
- ☐ Restricted ROM
- ☐ Effusion
- ☐ Trigger Points



| | |
|---|---|
| __Cerv Disc: | M50.20 |
| __C Disc c/ R: | M50.10 |
| __Thor Disc: | M51.24 |
| __T Disc c/ R: | M51.14 |
| __Lumb Disc: | M51.26 |
| __L Disc c/ R: | M51.16 |
| __Cerv Spr: | S13.8XXA |
| __Cerv Str: | S16.1XXA |
| __Thor Spr: | S23.3XXA |
| __Thor Str: | S29.012A |
| __Lum Spr: | S33.5XXA |
| __Lum Str: | S39.012A |
| __Sciatica R Sd | M54.31 |
| __Sciatica L Sd | M54.32 |
| __Precordial Pain | R07.2 |
| __Ribs Sprain: | S23.41XA |
| __Spr of Jaw: | S03.40XA |
| __TMJ R Artlgia | M26.621 |
| __TMJ L Artlgia | M26.22 |
| __TMJ Bi Artlgia | M26.23 |
| __Lwr. Abd. Pain | R10.30 |

## Extremities

- ☐ Pain
- ☐ Tenderness
- ☐ Hypertonicity
- ☐ Spasms
- ☐ Swelling
- ☐ Restricted ROM
- ☐ Effusion
- ☐ Trigger Points



| | |
|---|---|
| __Sp L Sh: | S43.92XA |
| __Sp R Sh: | S43.91XA |
| __St L Sh: | S46.012A |
| __St R Sh: | S46.011A |
| __Sp L Elbow: | S53.402A |
| __Sp R Elbow: | S53.401A |
| __Sp L Wrist: | S63.502A |
| __Sp R Wrist: | S63.501A |
| __Sp L Hip: | S73.102A |
| __Sp R Hip: | S73.101A |
| __St L Hip: | S76.012A |
| __St R Hip: | S76.011A |
| __Sp L Knee: | S83.92XA |
| __Sp R Knee: | S83.91XA |
| __Sp L Ankle: | S93.402A |
| __Sp R Ankle: | S93.401A |
| __Sp L Foot: | S93.602A |
| __Sp R Foot: | S96.601A |

Electronically Served
3/8/2024 11:30 AM

KAY
MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

| | | | |
|---|---|---|---|
| **HEENT** | ☑ Normal<br>☐ Abnormal<br>☐ Not Examined | | |
| **Chest and Lungs** | ☑ Normal<br>☐ Abnormal<br>☐ Not Examined | | |
| **Cardiovascular** | ☑ Normal<br>☐ Abnormal<br>☐ Not Examined | | |
| **Abdomen** | ☑ Normal<br>☐ Abnormal<br>☐ Not Examined | | |
| **Genitourinary** | ☐ Normal<br>☐ Abnormal<br>☑ Not Examined | | |
| **Rectal** | ☐ Normal<br>☐ Abnormal<br>☑ Not Examined | | |
| **Neurological** | ☑ Normal<br>☐ Abnormal<br>☐ Not Examined | | |
| **Other:**________ | ☐ Normal<br>☐ Abnormal<br>☐ Not Examined | | |

☐ Refer to Chiropractor for evaluation & tx. recommendations

☑ Stable/Guarded, continue with therapies as per Chiro. orders

☑ Start medications as prescribed ☐ No medications needed/Has medications

Imaging Studies:

☐ Pending ☐ Reviewed, see patient's chart for reports

☐ Referred to PM/ORTHO/OTHER per chiropractor, agree with plan

☐ Patient with much pain, agreed to: ☐ IM injection(s) ☐ Iontophoresis ☐ Trigger Point Injection(s)

☐ Release

Electronically Served
3/8/2024 11:30 AM

KAY MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

## PROGNOSIS:

- ___Undetermined
- ___No treatment recommended / No complaints
- ___Complaints / No treatment recommended
- ✓ Complaints / treatment recommended
- ✓ Guarded

## PLAN:

☑ Ibuprofen: 400mg 600mg (800mg circled)
  ☑ Take 1 tab PO q̄ 8 hrs PRN pain. (#42 circled) #60 #90 #______

☐ Naproxen: 250mg 500mg
  ☐ Take 1 tab PO q̄ 12 hrs PRN pain. #42 #60 #90 #______

☐ Flexeril: 5mg 10mg
  ☐ Take 1 tab PO 2 to 3 hrs before HS. #20 #30 #60 #______

☑ Methocarbamol: 500mg (750mg circled)
  ☑ Take 1 or 2 tabs PO q̄ HS PRN muscle spasms.
  ☐ Take 1 tab PO q̄ HS PRN muscle spasms. (#42 circled) #60 #90 #______

☐ Tizanidine: 2mg 4mg
  ☐ Take 1 cap PO q̄ HS PRN muscle spasms.
  ☐ Take 1 cap PO 6 hrs PRN muscle spasms. #20 #30 #60 #______

☐ Baclofen: 5mg 10mg 20mg
  ☐ Take 1 tab PO q̄ HS PRN muscle spasms.
  ☐ Take 1 tab PO q̄ 6 hrs PRN muscle spasms. #20 #30 #60 #______

☐ Indomethacin: 25mg 50mg
  ☐ Take 1 cap PO q̄ 8 hrs PRN pain. #42 #60 #90 #______

☐ Hydroxyzine Pamoate: 25mg 50mg 100mg
  ☐ Take 1 cap PO q̄ HS PRN anxiety. #20 #30 #60 #______

☐ Voltaren Gel 1%, 100g: #______tubes
  ☐ Apply as directed BID PRN pain.

☐ Capsaicin Topical: 0.025% 0.075%
  ☐ Apply as directed TID - QID

☐ Schedule for:
  ☐ Iontophoresis ☐ Trigger Point Inj. ☐ IM Inj. ☐ _____ time(s) per week

☐ Over the counter medication:

☑ Chiropractic Treatment
  ☐ Commence ☑ Continue ☐ Refer

☐ Specialist Referral:______________________________

☐ X-Ray ☐ CT Scan ☐ Mammogram ☐ Ultrasound ☐ MRI:______________________

Follow up in:
  ☐ 1 week ☑ 2 weeks (circled) ☐ 3 weeks ☐ 4 weeks ☐ Release ☐ Other:______________

Electronically Served
3/8/2024 11:30 AM

KAY
MEDICAL CENTER

301 N. Bryan Rd
Mission, TX 78572
Phone: 956-354-6153
Fax: 1-888-389-0362

| NOTES |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |

☑ It is my medical opinion that all the injuries documented are a direct result of this accident.

☐ Patient has reached static maximum medical improvement. It is my opinion that this patient will need probable/ definite future medical care in the amount of $__________ for the next two years.

PROVIDER SIGNATURE: [signature] DATE: 04/ 01 /20 22

✓ Julio Rios, JR, APRN, MSN, FNP-C __Andrew Levine, MD __Kannan Ramamurthy, MD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*, Plaintiffs | § § § § | |
| vs. | § § § | Civil Action No. 1:26-cv-543 |
| KHIT CHIROPRACTIC AND REHABILITATION, PLLC, *ET AL.*, Defendants | § § § | |

---

**PLAINTIFFS' APPENDIX B-5: INSIGHT MRI REPORT**

---

# Insight Imaging Center, LLC

11800 N Interstate Suite B 35 Austin, TX 78753 | Phone: 512.284.8660 | Fax: 512.243.8735

**Patient Name:** [redacted]

**Gender:** F

**Study Date:** Sep 28, 2021 4:14:25 PM CDT

**Study:** MR MRI THORACIC

**Accession Number:** OP-02412729078

**Referring Physician:** Danielle Johnson, DC

**EXAM: MR THORACIC SPINE WITHOUT CONTRAST**

**HISTORY:** MVA.
TECHNIQUE: Multiplanar and multisequence MR images of the thoracic spine obtained without IV contrast.
COMPARISON: None available.

**FINDINGS:**
Vertebrae: There is no evidence of fracture. Normal vertebral bodies and posterior elements.
Vertebral alignment: There is preservation of the normal thoracic kyphosis. There is mild dextroconvex curvature of the thoracic spine.
Discs: At T4/T5 there is focal central 2 mm disc herniation effacing the anterior thecal sac. The remaining levels demonstrate normal disc height and morphology. Normal central canal and neuroforamina.
Cord: Unremarkable in signal and morphology. Normal conus medularis.
Soft tissues: Unremarkable.

**IMPRESSION:**
There is no evidence of fracture.
T4/T5 focal central 2 mm disc herniation effacing the anterior thecal sac.

***Signed By:*** Julieta Oneto, MD | Board Certified Radiologist | Sep 28, 2021 8:28:51 PM CDT QI&I

# Insight Imaging Center, LLC

11800 N Interstate Suite B 35 Austin, TX 78753 | Phone: 512.284.8660 | Fax: 512.243.8735

**Patient Name:** [redacted]

**Gender:** F

**Study Date:** Sep 28, 2021 4:31:48 PM CDT

**Study:** MR MRI LUMBAR

**Accession Number:** OP-02412729107

**Referring Physician:** Danielle Johnson, DC

**EXAM: MR LUMBAR SPINE WITHOUT CONTRAST**

**HISTORY:** Low back pain status post MVA.
TECHNIQUE: Multiplanar and multisequence MR images of the lumbar spine obtained without IV contrast.
COMPARISON: None available.

**FINDINGS:**
Vertebrae: Vertebral body heights are preserved. Normal vertebral bodies and posterior elements. There is no evidence of fracture. Bone marrow Modic type 1 changes in the L5/S1 encompassing endplates.
Vertebral alignment: No spondylolisthesis. There is preservation of the normal lumbar lordosis.
Axial levels demonstrate:
L1/2: Normal disc height and morphology. Normal central canal, lateral recesses, and neuroforamina.
L2/3: Normal disc height and morphology. Normal central canal, lateral recesses, and neuroforamina.
L3/4: Normal disc height and morphology. Normal central canal, lateral recesses, and neuroforamina.
L4/5: Normal disc height. There is a broad-based 2 mm disc herniation, mild hypertrophy of the facets, and 3 mm thick ligamentum flavum hypertrophy. The combination of findings results in mild narrowing of the central canal and both neural foramina.
L5/S1: Loss disc height and morphology. There is a broad-based 4 mm disc herniation with a central annular tear, mild hypertrophy of the facets, and 3 mm thick ligamentum flavum hypertrophy. The combination of findings results in mild narrowing of the central canal and the right neural foramen. The left neural foramen is moderately narrowed.
Cord: Normal position and signal intensity of the conus medullaris.
Soft tissues: Posterior lumbar subcutaneous edema.

**IMPRESSION:**
There is no evidence of fracture.
L5/S1 broad-based 4 mm disc herniation and hypertrophic posterior elements causing mild narrowing of the central canal and the right neural foramen. The left neural foramen is moderately narrowed.
L4/5 broad-based 2 mm disc herniation and hypertrophic posterior elements causing mild narrowing of the central canal and both neural foramina.

***Signed By:*** Julieta Oneto, MD | Board Certified Radiologist | Sep 28, 2021 8:29:31 PM CDT QI&I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*, Plaintiffs | § § § § | |
| vs. | § | Civil Action No. 1:26-cv-543 |
| KHIT CHIROPRACTIC AND REHABILITATION, PLLC, *ET AL.*, Defendants | § § § § § | |

---

**PLAINTIFFS' APPENDIX B-6: KHIT DAILY TREATMENT NOTES**

---

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/19/2021
**Provider** Liz Molina, D.C.

### Subjective:

# Daily Treatment Note

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

[redacted] presents today for treatment of his documented injuries resulting from the trauma that occurred on 4/1/2021. Generally, his symptoms remain.

No other new signs or symptoms have been reported at this time by [redacted].

Current Symptomatic Areas:
right anterior knee, lumbar spine, right ankle, left ankle, left anterior knee, left anterior thigh and left anterior leg

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

### Objective:

**Palpation Evaluation:**
Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

### Assessment:

The patient is presently receiving necessary care, as he has not yet reached our goals of recovery.
Medically necessary treatment will take place today as outlined in the care plan.

-Advised
- *Tx Effect: Treatment rendered without incident*
- *Next Visit: continue with treatment plan as scheduled*

### Plan:

Therapeutic Treatment Plan:
**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle: lumbar spine for 1 unit, 8-22 minutes

**- Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-

**100 S San Antonio Rio Grande City, TX. 78582**
**Phone: (956)317-1033 (956) 317-1036**
**Fax: (956) 317-1039**

**Patient:** Arredondo, Alberto **DOB:** 11/24/1980
**Ins Co** **Pol #** **Insured**

**Date** 04/19/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

22 minutes

**- Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Low Level LASER (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: interferential current, moist heat, manual therapies and ultrasound.

Today's therapy performed by Lolly Alanis, CA

Note entered by KA

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

**Chart Notes**
[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/20/2021
**Provider** Liz Molina, D.C.

## Subjective:

# Daily Treatment Note

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

[redacted] presents today for treatment of his documented injuries resulting from the trauma that occurred on 4/1/2021. Generally, his symptoms remain.

No other new signs or symptoms have been reported at this time by [redacted].

Current Symptomatic Areas:
right anterior knee, lumbar spine, right ankle, left ankle, left anterior knee, left anterior thigh and left anterior leg

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

## Objective:
**Palpation Evaluation:**
Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

## Assessment:
The patient is presently receiving necessary care, as he has not yet reached our goals of recovery.
Medically necessary treatment will take place today as outlined in the care plan.

-Advised
- *Tx Effect: Treatment rendered without incident*
- *Next Visit: continue with treatment plan as scheduled*

## Plan:
Therapeutic Treatment Plan:
**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle: lumbar spine for 1 unit, 8-22 minutes

**- Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/20/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

22 minutes

**- Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Photobiomodulation Therapy (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: interferential current, moist heat, manual therapies, ultrasound, Photobiomodulation therapy and intersegmental traction.

Today's therapy performed by Lolly Alanis, CA

Note entered by KA

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

**Chart Notes**
[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/21/2021
**Provider** Liz Molina, D.C.

## Subjective:

# Daily Treatment Note

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

[redacted] presents today for treatment of his documented injuries resulting from the trauma that occurred on 4/1/2021. Generally, his symptoms remain.

No other new signs or symptoms have been reported at this time by [redacted].

Current Symptomatic Areas:
right anterior knee, lumbar spine, right ankle, left ankle, left anterior knee, left anterior thigh and left anterior leg

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

## Objective:

**Palpation Evaluation:**
Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

## Assessment:

The patient is presently receiving necessary care, as he has not yet reached our goals of recovery.
Medically necessary treatment will take place today as outlined in the care plan.

-Advised
- *Tx Effect: Treatment rendered without incident*
- *Next Visit: continue with treatment plan as scheduled*

## Plan:

Therapeutic Treatment Plan:
**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle: lumbar spine for 1 unit, 8-22 minutes

**- Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/21/2021

**Provider** Liz Molina, D.C. **** continued from previous page ****

22 minutes

**- Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Photobiomodulation Therapy (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: interferential current, moist heat, manual therapies, ultrasound, Photobiomodulation therapy and intersegmental traction.

Today's therapy performed by Yulianna Alanis, CA

Note entered by KA

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

# Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/22/2021
**Provider** Liz Molina, D.C.

## Subjective:

## Daily Treatment Note

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

[redacted] presents today for treatment of his documented injuries resulting from the trauma that occurred on 4/1/2021. Generally, his symptoms remain.

No other new signs or symptoms have been reported at this time by [redacted].

Current Symptomatic Areas:
right anterior knee, lumbar spine, right ankle, left ankle, left anterior knee, left anterior thigh and left anterior leg

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

## Objective:

**Palpation Evaluation:**
Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

## Assessment:

The patient is presently receiving necessary care, as he has not yet reached our goals of recovery.
Medically necessary treatment will take place today as outlined in the care plan.

-Advised
- *Tx Effect: Treatment rendered without incident*
- *Next Visit: continue with treatment plan as scheduled*

## Plan:

Therapeutic Treatment Plan:
**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle: lumbar spine for 1 unit, 8-22 minutes

**- Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/22/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

22 minutes

**- Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Photobiomodulation Therapy (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: interferential current, moist heat, manual therapies, ultrasound and intersegmental traction.

Today's therapy performed by Lolly Alanis, CA

Note entered by KA

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

**Chart Notes**
[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/23/2021
**Provider** Liz Molina, D.C.

## Subjective:

# Daily Treatment Note

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

[redacted] presents today for treatment of his documented injuries resulting from the trauma that occurred on 4/1/2021. Generally, his symptoms remain.

No other new signs or symptoms have been reported at this time by [redacted].

Current Symptomatic Areas:
right anterior knee, lumbar spine, right ankle, left ankle, left anterior knee, left anterior thigh and left anterior leg

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

## Objective:

**Palpation Evaluation:**
Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

## Assessment:

The patient is presently receiving necessary care, as he has not yet reached our goals of recovery.
Medically necessary treatment will take place today as outlined in the care plan.

-Advised
- *Tx Effect: Treatment rendered without incident*
- *Next Visit: continue with treatment plan as scheduled*

## Plan:

Therapeutic Treatment Plan:
**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle: lumbar spine for 1 unit, 8-22 minutes

**- Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/23/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

22 minutes

**- Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Photobiomodulation Therapy (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: interferential current, moist heat, manual therapies, ultrasound, intersegmental traction and Photobiomodulation therapy.

Today's therapy performed by Yulianna Alanis, CA

Note entered by KA

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/26/2021
**Provider** Liz Molina, D.C.

## Subjective:

# Daily Treatment Note

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

[redacted] presents today for treatment of his documented injuries resulting from the trauma that occurred on 4/1/2021. Generally, his symptoms remain.

No other new signs or symptoms have been reported at this time by [redacted].

Current Symptomatic Areas:
right anterior knee, lumbar spine, right ankle, left ankle, left anterior knee, left anterior thigh and left anterior leg

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

## Objective:

**Palpation Evaluation:**
Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

## Assessment:

The patient is presently receiving necessary care, as he has not yet reached our goals of recovery.
Medically necessary treatment will take place today as outlined in the care plan.

-Advised
- *Tx Effect: Treatment rendered without incident*
- *Next Visit: continue with treatment plan as scheduled*

## Plan:

Therapeutic Treatment Plan:
**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle: lumbar spine for 1 unit, 8-22 minutes

**- Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/26/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

22 minutes

**- Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Photobiomodulation Therapy (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: interferential current, moist heat, manual therapies, ultrasound and Photobiomodulation therapy.

Today's therapy performed by Yulianna Alanis, CA

Note entered by KA

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX.
78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/27/2021
**Provider** Liz Molina, D.C.

## Subjective:

# Daily Treatment Note

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

[redacted] presents today for treatment of his documented injuries resulting from the trauma that occurred on 4/1/2021. Generally, his symptoms remain.

No other new signs or symptoms have been reported at this time by [redacted].

Current Symptomatic Areas:
right anterior knee, lumbar spine, right ankle, left ankle, left anterior knee, left anterior thigh and left anterior leg

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

## Objective:

**Palpation Evaluation:**
Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

## Assessment:

The patient is presently receiving necessary care, as he has not yet reached our goals of recovery.
Medically necessary treatment will take place today as outlined in the care plan.

-Advised
- *Tx Effect: Treatment rendered without incident*
- *Next Visit: continue with treatment plan as scheduled*

## Plan:

Therapeutic Treatment Plan:
**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle: lumbar spine for 1 unit, 8-22 minutes

**- Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/27/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

22 minutes

**- Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Photobiomodulation Therapy (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: interferential current, moist heat, manual therapies, ultrasound, Photobiomodulation therapy and intersegmental traction.

Today's therapy performed by Ethel Ramirez, CA

Note entered by KA

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

**Chart Notes**

[redacted]

[redacted] S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/28/2021
**Provider** Liz Molina, D.C.

## Subjective:

# Daily Treatment Note

Today we took the necessary measures to screen this patient, according to the CDC guidelines, for signs and symptoms compatible with COVID-19 infection. After this screening was performed and the patient responded in the negative, the patient was allowed to enter the clinic.

[redacted] presents today for treatment of his documented injuries resulting from the trauma that occurred on 4/1/2021. Generally, his symptoms remain.

No other new signs or symptoms have been reported at this time by [redacted].

Current Symptomatic Areas:
right anterior knee, lumbar spine, right ankle, left ankle, left anterior knee, left anterior thigh and left anterior leg

Mr. [redacted] states that he has been experiencing tingling and numbness of the right foot and left foot.

## Objective:

**Palpation Evaluation:**
Palpatory inspection of the left lumbar, lumbar spine and right lumbar area(s) revealed hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed articular fixations, hypertonicity, muscle spasms, pain, restricted joint movement, tenderness to digital palpation and trigger points in the following area(s): right anterior knee, left anterior knee, right ankle and left ankle.

**Extremity Palpation:**
Palpation of the extremity(ies) revealed hypertonicity, muscle spasms, pain, tenderness to digital palpation and trigger points in the following area(s): left anterior thigh and left anterior leg.

## Assessment:

The patient is presently receiving necessary care, as he has not yet reached our goals of recovery.
Medically necessary treatment will take place today as outlined in the care plan.

-Advised
- *Tx Effect: Treatment rendered without incident*
- *Next Visit: continue with treatment plan as scheduled*

## Plan:

Therapeutic Treatment Plan:
**- Supportive Therapy: Hot Pack (97010):** hot dry pack applied to lumbar spine, left anterior thigh, left anterior leg, right ankle and left ankle region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Ultrasound (97035):** ultrasound with contact medium applied to right anterior knee and left anterior knee region(s) for 1 unit, 8-22 minutes

**- Supportive Therapy: Manual Therapy (97140):** myofascial release and trigger point therapy to the following muscle: lumbar spine for 1 unit, 8-22 minutes

**- Supportive Therapy: EMS (97014):** interferential EMS to the left anterior thigh and left anterior leg region(s) for 1 unit, 8-

## Chart Notes

[redacted]

100 S San Antonio Rio Grande City, TX. 78582
Phone: (956)317-1033 (956) 317-1036
Fax: (956) 317-1039

**Patient:** [redacted] **DOB:** [redacted]
**Ins Co** **Pol #** **Insured**

**Date** 04/28/2021

**Provider** Liz Molina, D.C. *** continued from previous page ***

22 minutes

**- Supportive Therapy: Intersegmental Mechanical Traction (97012):** applied to upper lumbar and lower lumbar for 10 minutes

**-Supportive Therapy: Photobiomodulation Therapy (S8948):** performed on the right anterior knee region(s) for 8 minutes

**Laser Protocol: Sprain**

**Today's Modalities & Procedures:**
The following are the procedures that were performed today on Mr. [redacted]: interferential current, moist heat, manual therapies, ultrasound, Photobiomodulation therapy and intersegmental traction.

Today's therapy performed by Yulianna Alanis, CA

Note entered by KA

**Diagnosis**
M54.16: Radiculopathy, lumbar reg
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S33.5XXA: Sprain of lumbar ligts, initial
S39.012A: Strain of lower back
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
S99.911A: Unspecified injury of right ankle, initial encounter
S93.402A: Sprain of unspecified ligament of left ankle, init encntr
S99.912A: Unspecified injury of left ankle, initial encounter
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S76.812A: Strain of musc/fasc/tend at thigh level, left thigh, init
M79.662: Pain in LT lower leg
M62.830: Muscle spasm of back

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*, Plaintiffs | § | |
| vs. | § | Civil Action No. 1:26-cv-543 |
| KHIT CHIROPRACTIC AND REHABILITATION, PLLC, *ET AL.*, Defendants | § | |

**PLAINTIFFS' APPENDIX B-7: KHIT WALKOUT FORMS**

KHIT CHIROPRACTIC

Patient's Name: [redacted] DOB: [redacted] DOA: 4-1-21

( ) Interferential/Electrical Stimulation $65
( ) Heat/Cold Therapy $45
( ) Manual Therapies $95
( ) Ultrasound $65
( ) Low Level LASER $100
( ) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
(✓) New Patient Exam $125. $225 $325
( ) E-stim Pads $125
(✓) Other Self care management $ $100
Total for: 4/16/21 $ ~~325~~ 425
Therapist: YA Witness: KA

**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
( ) Low Level LASER $100
( ) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
(✓) Other Estim PADS $ 125
Total for: 4/19/21 $ 395
Therapist: LA Witness: KA

**Patient Signature: [redacted]

( ) Interferential/Electrical Stimulation $65
( ) Heat/Cold Therapy $45
( ) Manual Therapies $95
( ) Ultrasound $65
( ) Low Level LASER $100
( ) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ____________ $ ________
Total for: ___/___/______ $__________
Therapist: Witness:

**Patient Signature:

( ) Interferential/Electrical Stimulation $65
( ) Heat/Cold Therapy $45
( ) Manual Therapies $95
( ) Ultrasound $65
( ) Low Level LASER $100
( ) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ____________ $ ________
Total for: ___/___/______ $__________
Therapist: Witness:

**Patient Signature:

( ) Interferential/Electrical Stimulation $65
( ) Heat/Cold Therapy $45
( ) Manual Therapies $95
( ) Ultrasound $65
( ) Low Level LASER $100
( ) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ____________ $ ________
Total for: ___/___/______ $__________
Therapist: Witness:

**Patient Signature:

( ) Interferential/Electrical Stimulation $65
( ) Heat/Cold Therapy $45
( ) Manual Therapies $95
( ) Ultrasound $65
( ) Low Level LASER $100
( ) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ____________ $ ________
Total for: ___/___/______ $__________
Therapist: Witness:

**Patient Signature:

**By signing, I acknowledge these services were rendered and that the Dr and staff explained each procedure to my satisfaction and understanding before they performed them, and obtained my permission to perform said procedures.

©KCWC 10/22/2020

KHIT CHIROPRACTIC

Patient's Name: [redacted] DOB: [redacted] DOA: 4-1-21

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) New Patient Exam $125. $225 $325
( ) E-stim Pads $125
( ) Other ________ $________
Total for: 4/20/21 $ 435
Therapist: LA Witness: YA
**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ________ $________
Total for: 4/21/21 $ 435
Therapist: ya Witness: KA
**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
( ) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ________ $________
Total for: 4/22/21 $ 335
Therapist: LA Witness: LA
**Patient Signature [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ________ $________
Total for: 04/23/21 $ 435
Therapist: ya Witness: GA
**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
( ) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ________ $________
Total for: 4/26/21 $ 370
Therapist: YA Witness: YA
**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ________ $________
Total for: 4/27/21 $ 435
Therapist: ER Witness: KA
**Patient Signature [redacted]

**By signing, I acknowl[redacted]dered and that the Dr and staff explained each procedure to my satisfaction and understanding before they performed them, and obtained my permission to perform said procedures.

©KCWC 10/22/2020

KHIT
CHIROPRACTI[redacted]

Patient's Name [redacted] DOB: [redacted] DOA: 4-1-2021

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) New Patient Exam $125. $225 $325
( ) E-stim Pads $125
( ) Other ______ $ ______
Total for: 4/28/21 $ 435
Therapist: YG Witness: VA
**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) ~~Heat/Cold Therapy $45~~ VA
(✓) Manual Therapies $95
(✓) Ultrasound $65
( ) Photobiomodulation Therapy $100
( ) Intersegmental Traction $65
( ) Paraffin $25
( ) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
(✓) Re-Exam $140, ($205)
( ) Other ______ $ ______
Total for: 4/29/21 $ 430
Therapist: ER Witness: VA
**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
(✓) Therapeutic Exercises $95 ((1)) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ______ $ ______
Total for: 5/3/21 $ 530
Therapist: LA Witness: ER
**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
(✓) Therapeutic Exercises $95 (1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ______ $ ______
Total for: 5/5/21 $ 530
Therapist: YA Witness: VA
**Patient Signature [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
( ) Intersegmental Traction $65
( ) Paraffin $25
(✓) Therapeutic Exercises $95 ((1)) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ______ $ ______
Total for: 5/7/21 $ 465
Therapist: LA Witness: ER
**Patient Signature: [redacted]

(✓) Interferential/Electrical Stimulation $65
(✓) Heat/Cold Therapy $45
(✓) Manual Therapies $95
(✓) Ultrasound $65
(✓) Photobiomodulation Therapy $100
(✓) Intersegmental Traction $65
( ) Paraffin $25
(✓) Therapeutic Exercises $95 (✓1) (2) Units
( ) ROF $140
( ) Re-Exam $140, $205
( ) Other ______ $ ______
Total for: 5/10/21 $ 530
Therapist: LA Witness: VA
**Patient Signature: [redacted]

**By signing, I acknowle[redacted]and that the Dr and staff explained each procedure to my satisfaction and understanding before they performed them, and obtained my permission to perform said procedures.

©KCWC 10/22/2020

KHIT CHIROPRACTIC

Patient's Name: [redacted] DOB: [redacted] DOA: 4/1/2021

| | |
|---|---|
| (✓) Interferential/Electrical Stimulation $65<br>(✓) Heat/Cold Therapy $45<br>(✓) Manual Therapies $95<br>(✓) Ultrasound $65<br>(✓) Photobiomodulation Therapy $100<br>(✓) Intersegmental Traction $65<br>( ) Paraffin $25<br>(✓) Therapeutic Exercises $95 (1) (2) Units<br>( ) New Patient Exam $125. $225 $325<br>( ) E-stim Pads $125<br>( ) Other ______ $ ______<br>Total for: 5/12/21 $ 530<br>Therapist: LA Witness: VA<br>**Patient Signature: [redacted] | (✓) Interferential/Electrical Stimulation $65<br>(✓) Heat/Cold Therapy $45<br>(✓) Manual Therapies $95<br>(✓) Ultrasound $65<br>(✓) Photobiomodulation Therapy $100<br>(✓) Intersegmental Traction $65<br>( ) Paraffin $25<br>(✓) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>(✓) Re-Exam $140, $205<br>( ) Other ______ $ ______<br>Total for: 5/14/21 $ 735<br>Therapist: LA Witness: EA<br>**Patient Signature: [redacted] |
| (✓) Interferential/Electrical Stimulation $65<br>(✓) Heat/Cold Therapy $45<br>(✓) Manual Therapies $95<br>(✓) Ultrasound $65<br>(✓) Photobiomodulation Therapy $100<br>( ) Intersegmental Traction $65<br>( ) Paraffin $25<br>(X) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>( ) Re-Exam $140, $205<br>( ) Other ______ $ ______<br>Total for: 5/19/21 $ 465<br>Therapist: LA Witness: Ja<br>**Patient Signature: [redacted] | (✓) Interferential/Electrical Stimulation $65<br>(✓) Heat/Cold Therapy $45<br>(✓) Manual Therapies $95<br>(✓) Ultrasound $65<br>(✓) Photobiomodulation Therapy $100<br>(✓) Intersegmental Traction $65<br>( ) Paraffin $25<br>(✓) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>( ) Re-Exam $140, $205<br>( ) Other ______ $ ______<br>Total for: 5/20/21 $ 530<br>Therapist: LA Witness: AA<br>**Patient Signature: [redacted] |
| (✓) Interferential/Ele[redacted]on $65<br>(✓) Heat/Cold Therapy $45<br>(✓) Manual Therapies $95<br>(✓) Ultrasound $65<br>(✓) Photobiomodulation Therapy $100<br>(✓) Intersegmental Traction $65<br>( ) Paraffin $25<br>(✓) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>( ) Re-Exam $140, $205<br>( ) Other ______ $ ______<br>Total for: 5/24/21 $ 530<br>Therapist: ER Witness: EA<br>**Patient Signature: [redacted] | ( ) Interferential/Elec[redacted]<br>( ) Heat/Cold Therapy $45<br>( ) Manual Therapies $95<br>( ) Ultrasound $65<br>( ) Photobiomodulation Therapy $100<br>( ) Intersegmental Traction $65<br>( ) Paraffin $25<br>( ) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>( ) Re-Exam $140, $205<br>( ) Other ______ $ ______<br>Total for: __/__/____ $ ______<br>Therapist: Witness:<br>**Patient Signature: |

**By signing, I acknowle[redacted] and that the Dr and staff explained each procedure to my satisfaction and understanding before they performed them, and obtained my permission to perform said procedures.

©KCWC 10/22/2020

KHIT CHIROPRACTIC

Patient's Name: [redacted] DOB: [redacted] DOA: 4-1-21

| | |
|---|---|
| (✓) Interferential/Electrical Stimulation $65<br>(✓) Heat/Cold Therapy $45 ( ) Diathermy $65<br>(✓) Manual Therapies $95 ( ) Massage $65<br>(✓) Ultrasound $65<br>(✓) Photobiomodulation Therapy $100<br>(✓) Intersegmental Traction $65<br>( ) Paraffin $25<br>(✓) Therapeutic Exercises $95 (1) (2) Units<br>( ) New Patient Exam $125. $225 $325<br>( ) E-stim Pads $125<br>(✓) Other Re-exam $<br>Total for: 5/27/21 $ 735<br>Therapist: ER Witness: LA<br>**Patient Signature [redacted] | (✓) Interferential/Electrical Stimulation $65<br>(✓) Heat/Cold Therapy $45 ( ) Diathermy $65<br>(✓) Manual Therapies $95 ( ) Massage $65<br>(✓) Ultrasound $65<br>(✓) Photobiomodulation Therapy $100<br>(✓) Intersegmental Traction $65<br>( ) Paraffin $25<br>(✓) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>( ) Re-Exam $140, $205<br>( ) Other $<br>Total for: 6/4/21 $ 530<br>Therapist: LA Witness: YA<br>**Patient Signature: [redacted] |
| ( ) Interferential/Electrical Stimulation $65<br>( ) Heat/Cold Therapy $45 ( ) Diathermy $65<br>( ) Manual Therapies $95 ( ) Massage $65<br>( ) Ultrasound $65<br>( ) Photobiomodulation Therapy $100<br>( ) Intersegmental Traction $65<br>( ) Paraffin $25<br>( ) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>(✓) Re-Exam $140, ($205)<br>(✓) Other Tens/97535 $ 550/100<br>Total for: 6/11/21 $ 855<br>Therapist: YA Witness: YA<br>**Patient Signature [redacted] | ( ) Interferential/Electrical Stimulation $65<br>( ) Heat/Cold Therapy $45 ( ) Diathermy $65<br>( ) Manual Therapies $95 ( ) Massage $65<br>( ) Ultrasound $65<br>( ) Photobiomodulation Therapy $100<br>( ) Intersegmental Traction $65<br>( ) Paraffin $25<br>( ) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>( ) Re-Exam $140, $205<br>( ) Other $<br>Total for: / / $<br>Therapist: Witness:<br>**Patient Signature: |
| ( ) Interferential/Electrical Stimulation $65<br>( ) Heat/Cold Therapy $45 ( ) Diathermy $65<br>( ) Manual Therapies $95 ( ) Massage $65<br>( ) Ultrasound $65<br>( ) Photobiomodulation Therapy $100<br>( ) Intersegmental Traction $65<br>( ) Paraffin $25<br>( ) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>( ) Re-Exam $140, $205<br>( ) Other $<br>Total for: / / $<br>Therapist: Witness:<br>**Patient Signature: | ( ) Interferential/Electrical Stimulation $65<br>( ) Heat/Cold Therapy $45 ( ) Diathermy $65<br>( ) Manual Therapies $95 ( ) Massage $65<br>( ) Ultrasound $65<br>( ) Photobiomodulation Therapy $100<br>( ) Intersegmental Traction $65<br>( ) Paraffin $25<br>( ) Therapeutic Exercises $95 (1) (2) Units<br>( ) ROF $140<br>( ) Re-Exam $140, $205<br>( ) Other $<br>Total for: / / $<br>Therapist: Witness:<br>**Patient Signature: |

**By signing, I acknowledge these services were rendered and that the Dr and staff explained each procedure to my satisfaction and understanding before they performed them, and obtained my permission to perform said procedures.

©KCWC 05/24/2021

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*, Plaintiffs | § § § § | |
| vs. | § | Civil Action No. 1:26-cv-543 |
| | § § | |
| KHIT CHIROPRACTIC AND REHABILITATION, PLLC, *ET AL.*, Defendants | § § § | |

---

**PLAINTIFFS' APPENDIX B-8: KHIT FINANCIAL AGREEMENTS**

---

KHIT
CHIROPRACTIC

**Khit Chiropractic**
**401 N Bryan Rd. Mission, TX 78572 (956) 583-4300 Fax (956)583-4433**
Assignment of Benefits: Assignment of Cause on Action: Contractual Lien

The undersigned patient or responsible party, in consideration of treatment rendered or to be rendered and for deferred payment, irrevocably and exclusively assigns, grants, and conveys to Khit Chiropractic, a lien and assignment of any and all claims, causes of action, and right to any proceeds and /or benefits that the patient may have against any other person, entity, and/or insurance company for reimbursement and/or payment of medical charges incurred withal the following rights, power, and authority:

**RELEASE OF INFORMATION:** You are authorize to release information concerning my condition and treatment to my insurance company, attorney, or insurance adjuster for purposes or processing my claim for benefits and payment for services rendered to me.

**IRREVOCABLE ASSIGMENT OF RIGHTS:** You are assigned the exclusive, irrevocable right to any cause of action that exists in my favor against any insurance company for the terms of the policy, including the exclusive, irrevocable right to receive payment for such services, make demand in my name for payment, and prosecute and receive penalties, interests, court loss, or other legally compensable amounts owned by an insurance company in accordance with Article 21.55 of the Texas Insurance Code to cooperate, provide information as needed, and appears as needed, wherever to assist in the prosecution of such claims for benefits upon request.

**DEMAND FOR PAYMENT:** To any insurance company providing benefits of any kind to me/us for treatment rendered by the physician/facility named above within 5 days following your receipt of such bill for services to the extent of such bills are payable under the terms of the policy. This demands specifically conforms to Sec. 542.057 of the Texas Insurance Code, and Article 21.55 of the Texas Insurance Code, providing for attorney fees, 18% penalty, court cost, and interest from judgment, upon violation. I further instruct the provider to make all checks payable to Khit Chiropractic and mail to 401 N. Bryan Rd Mission, TX 78572

**THIRD PARTY LIABILITY:** If my injuries are the result of negligence from a third party, then I instruct the liability carrier to issue a separate draft to pay in full all services rendered, payable directly to Khit Chiropractic and to send any and all checks to 401 N. Bryan Rd Mission, TX 78572

**STATUE OF LIMITATIONS:** I waive my rights to claim any statute of limitations regarding claims for services rendered or to be rendered by the chiropractic physician/facility named above, in addition to reasonable cost of collection, including attorney fees and court cost incurred.

**LIMITED POWER OF ATTORNEY:** I hereby grant to the chiropractic facility named above power to endorse my name upon any checks, drafts, or other negotiable instrument representing payment from any insurance company representing payment for treatment and healthcare rendered by the chiropractic physician/facility named above. I agree that any insurance payment representing an amount in excess of the charges for treatment rendered will be credited to my/our account or forwarded to my/our address upon request in writing to the physician/facility named above.

**REJECTION IN WRITING:** I hereby authorize the clinic named above to establish a PIP or UM/UIM claim on my behalf. I also instruct my insurance carrier to provide upon request to the provider/clinic named above, any rejections in writing as they apply to my lack of PIP or UM/UIM coverage. I allege that electronic signatures are not adequate proof of rejection, and are valid to establish rejection, and instruct my carrier to provide only copies of my original signature regarding rejection as evidence of rejection of PIP or UM/UIM.

**TERMINATION OF CARE:** I hereby acknowledge and understand that if do not keep appointments as recommended to me by my caring doctor at this clinic, he/she has full and complete right to terminate [redacted] granted me with a reasonable period of time.

Signature of Patient/or Responsible Party

5/31/23
Date

[redacted]

KHIT CHIROPRACTIC

**Patient Name:** [redacted] **DOB:** [redacted]

## AGREEMENT TO PAY/CONTRACTUAL LIEN AND ASSIGNMENT BY PATIENT

I irrevocably agree to pay PROVIDER and/or its assigns all fees and other charges relating to treatment and services provided to me. My payment is in consideration for PROVIDER and/or its assigns agreeing to await payment, to provide PROVIDER and/or its assigns with additional assurance of payment and to induce PROVIDER to continue to render services to me. I agree that PROVIDER and/or its assign's promise to accept deferred payment for medical treatment and services constitutes good and valuable consideration. I also irrevocably assign to PROVIDER and/or its assigns a continuing first-priority and exclusive security interest in the proceeds (net of attorney fees and expenses) that may be recovered on my behalf, regardless of the source (collectively the "RECOVERY"). This assignment is an assignment of my rights, title and interest in the RECOVERY and not an assignment of any of my causes of action.

No governmental healthcare program, health insurance or worker's compensation carrier is offering coverage for my medical care, or if such coverage is available, I will not submit, and am specifically instructing PROVIDER to not submit, its charges to such insurance or governmental healthcare program. If PROVIDER were to submit its charges to such health insurance or governmental healthcare program, it would cause financial hardship to me because I cannot afford the co-pay, coinsurance or deductible payments required under the policy. Additionally, making such a claim would further reduce my lifetime benefits and/or potentially prompt the carrier to cancel or not renew my policy. I agree to indemnify and hold harmless PROVIDER and/or its assigns for all losses arising out of, based upon, or resulting from the application of any statute or regulation limiting, in whole or in part, PROVIDER and/or its assign's recovery of the full amount of the charges. I also represent that I am not eligible for financial assistance under the PROVIDER'S financial assistance policy, and/or if I am entitled to financial assistance, I voluntarily and irrevocably waive any right to such financial assistance. I understand that PROVIDER may accept discounted payments from health insurance companies and governmental healthcare programs, but that such discounts are not available to me because I am not able to offer PROVIDER the same sort of in-kind benefits that such carriers and programs are able to offer, such as a large volume of patient referrals, shared marketing expense or prompt payment.

Because my injuries were caused by the negligence of a third-party, that third-party's liability insurance is primary coverage responsible for paying the costs of my treatment. If the third-party who injured me does not have liability insurance or sufficient insurance, my own uninsured/underinsured (UMUIM) motorist coverage (if any) is primarily responsible for paying the costs of my treatment. The liability insurance for the third-party who injured me (or my UM/UIM insurance carrier, if any) is not offering to pay PROVIDER's charges. If these insurance carriers were to pay PROVIDER its charges at the time of treatment or promptly thereafter, PROVIDER would offer such carriers any discounts that may be available to patients who can pay cash or health insurers or governmental healthcare programs. But, because the liability insurance for the third-party who injured me (or my UM/UIM carrier, if any) is refusing to pay, I am forced to obtain care from PROVIDER on a deferred-payment basis. Because I am not able to pay PROVIDER until my injury claim is resolved, PROVIDER cannot offer me any discounts that may be available to patients who can pay cash at the time of service or health insurers or governmental healthcare programs.

If I hire an attorney or change attorneys at any time, I agree to notify my attorney of this assignment and lien. If my representation changes or is terminated, or if my address or telephone number changes, I agree to notify PROVIDER and/or its assigns within 10 days. I further understand that this agreement does not make my obligation to pay all amounts due PROVIDER and/or its assigns contingent upon achieving the RECOVERY, and that I remain personally responsible for payment of same regardless of whether the RECOVERY, in any amount, is achieved or whether the amount of the RECOVERY is sufficient to pay the entire outstanding balance owed to PROVIDER and/or its assigns. I further understand and agree that I am obligated to pay the entire outstanding balance owed to PROVIDER and/or its assigns regardless of whether the medical treatment was successful and provided relief, or whether the treatment was related to the injuries that serve as the basis of my claim or lawsuit.



[redacted]

KHIT CHIROPRACTIC

Any and all rights assigned and/or liens or security interests granted under this agreement will likely be assigned by PROVIDER to a third-party assignee. I expressly waive any and all objections to any such assignment. **In the event of an assignment, I understand and agree that any payment made by such third-party assignee to PROVIDER is not made on my behalf or to otherwise reduce or liquidate the amount that I owe PROVIDER and/or the third-party assignee. I understand and agree that, regardless of the amount paid by the third-party assignee to PROVIDER, I will continue to be responsible for paying the full amount of PROVIDER'S medical bills.**

During the period of time from when PROVIDER performs any health care service or treatment until the time I or my attorney pay PROVIDER and/or its assigns in full for such service or treatment, any applicable statute of limitations relating to PROVIDER'S and/or its assigns right to pursue payment of the balance due shall be tolled. I further agree that this assignment shall be governed by the laws of the State of Texas. I agree that any litigation relating to this assignment shall be brought in the Texas state courts located within the county where I received treatment and services by the PROVIDER, and I hereby consent to the jurisdiction of such courts.

Any and all disputes, claims or controversies arising out of or in connection with this Agreement or in any way connected, no matter how described, pleaded or styled, including claims arising in tort and/or contract, shall be decided exclusively and finally by binding arbitration. I KNOWINGLY WAIVE ANY RIGHT TO A TRIAL BY JURY OR BEFORE A COURT WITH RESPECT TO THE ISSUES THAT ARE SUBJECT TO ARBITRATION HEREUNDER. The arbitration hearing shall be conducted at a location within twenty (20) miles of PROVIDER'S address. The arbitration shall be conducted before the American Arbitration Association (the "AAA"), pursuant to the AAA Commercial Arbitration Rules. The "AAA" Commercial Arbitration Rules are available online at www.adr.org, or can be obtained by phone at 1-800-778-7879, by mail at 1633 Broadway, 10th Floor, New York, NY 10019, or upon written request to Assignor or Assignee. The arbitration shall be conducted by one neutral arbitrator appointed by the AAA. The arbitrator shall have actual experience in and knowledge of the subject matter of this Agreement to the greatest extent practicable. The arbitrator shall have the authority to award any monetary and nonmonetary relief available to either PROVIDER and/or its assigns or myself in an action otherwise prosecuted in court, including injunctive and other provisional relief. Judgment on the arbitration award may be entered by any court of competent jurisdiction. The arbitrator shall award the prevailing party the cost of the arbitration, the arbitrator's compensation, attorney fees and costs. The award shall be final, binding and non-appealable. I acknowledge and agree that this arbitration shall be solely between me and PROVIDER and/or its assigns, and no class arbitration or other representative action may be undertaken by the arbitrator, and the arbitrator shall have no power to consolidate or join claims of other parties or persons who may be similarly situated ("Similar Claims Provision"). I further agree that the Federal Arbitration Act ("FAA") and related federal law shall govern the interpretation and enforcement of this Paragraph to the fullest extent possible, to the exclusion of all otherwise potentially applicable state law, regardless of the location of the arbitration proceedings or the nature of the disputes or controversies. The arbitrator shall apply Texas law consistent with the FAA and related federal law, including applicable statutes of limitations and shall honor claims of privilege recognized at law. With the exception of the Similar Claims Provision hereinabove, if any part of this arbitration agreement is deemed to be invalid, unenforceable or illegal, then the balance of this arbitration agreement shall remain in effect and shall be construed in accordance with its terms as if the invalid, unenforceable, illegal or conflicting provision were not contained herein. By signing below, I agree that I have read and understand the Arbitration Agreement.

[redacted]

PATIE[redacted]

Print: [redacted]

**Date:** 05 / 31 / 23

(If Patient is a Minor)

Parent or Guardian Signature

Print: ______________________



[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *ET AL.*, | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Civil Action No. 1:26-cv-543 |
| | § | |
| | § | |
| KHIT CHIROPRACTIC AND | § | |
| REHABILITATION, PLLC, *ET AL.*, | § | |
| Defendants | § | |

**PLAINTIFFS' APPENDIX B-9: SUPERBILLS FROM DEFENDANT PROVIDERS**

**Insight Diagnostics and Imaging Center**
**401 N Bryan Road**
**Mission, TX, 78572**
**Phone: 956-271-4811 Fax: 956-271-4812**

# Superbill

**Superbill Date:** 06/28/2021

**Service** 4/26/2021 thru 5/22/2021

**Patient Information**

[redacted]

**Account:** 3622
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (M54.16) Lumbar Radiculitis, (M25.461) Effusion RIGHT Knee, (S99.911A) Unspecified injury of right ankle, initial encounter, (S99.912A) Unspecified injury of left ankle, initial encounter, (S83.241A) Tear of medial meniscus, current injury, right knee, inital , (S83.91XA) Sprain of Right Knee, (S33.5XXA) Lumbar Sprain, (S39.012A) Lumbar Strain , (S93.401A) Sprain LEFT Ankle

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | CSV | 72100 | | 1 | Lumbosacral X-Ray, 2-3 Views w / reading | 4/1/2021 | | 0.00 | 210.00 |
| 04/26/2021 | CSV | 73610 | | 2 | Ankle X-Ray, Min 3 Views w/ reading | 4/1/2021 | 11 | 0.00 | 560.00 |
| 04/26/2021 | CSV | 73560 | | 1 | Knee X-Ray, 2 Views w/ reading | 4/1/2021 | 11 | 0.00 | 240.00 |
| 05/22/2021 | CSV | 72148 | | 1 | Lumbar MRI W/R | 4/1/2021 | | 0.00 | 3,000.00 |
| 05/22/2021 | CSV | 73721 | | 2 | Lower Extremity Joint MRI W/R | 4/1/2021 | | 0.00 | 6,000.00 |

**Provider Information**
**Name:** LIZ MOLINA. D.C.
**License:** 13469
**Tax ID:** 27-1507564
**NPI:** 1639641095

| | |
|---|---|
| **Total Charges** | $10,010.00 |
| **Total Taxes** | $0.00 |
| **Total** | $10,010.00 |

**Insight Diagnostics and Imaging Center**
**401 N Bryan Road**
**Mission, TX, 78572**

*Thank you for your business!*

# Affidavit of Billing Records Custodian of **KAY MEDICAL CENTER**

(Pursuant to Texas Civil Practice & Remedies Code § 18.002 (b-1))

STATE OF TEXAS §
§
COUNTY OF HIDALGO §

Before me, the undersigned authority, personally appeared Luis I. Khit, who, being by me duly sworn, deposed as follows:

My name is Luis I. Khit. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **KAY MEDICAL CENTER**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **KAY MEDICAL CENTER**, provided to [redacted] on or between date(s) 06/16/2023 - 08/07/2023. The attached records are a part of this affidavit.

The attached records are kept by **KAY MEDICAL CENTER** in the regular course of business, and it was the regular course of business of **KAY MEDICAL CENTER** for an employee or representative of **KAY MEDICAL CENTER**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid by or on behalf [redacted] for the services was $0.00 and the amount currently unpaid but which **KAY MEDICAL CENTER** (or its assignee) has a right to be paid after any adjustments or credits is $1,190.00. These adjustments are final adjustments and final amount that will be required to pay.

_______________________
Affiant

SWORN TO AND SUBSCRIBED before me on the 15 day of March, 2024.

_______________________
Notary Public, State of TEXAS

Notary's printed name: Monica Jimenez My commission expires: 01/05/2027

NOTARY PUBLIC STATE OF TEXAS
MONICA JIMENEZ
Notary ID #131842283
My Commission Expires
January 5, 2027

[redacted]

**BALANCE INQUIRY**

**KAY MEDICAL CENTER**

301 N. BRYAN RD.
MissionTX
78572

Pertaining To: [redacted]

Total Charges: $1,190.00

Total Payments: $0.00

Total Adjustments: $0.00

Current Account Balance: $1,190.00

Print: Luis I. Khit

Signature:

Date: 03/15/2024

[redacted]

**Kay Medical Center**
301 N. Bryan Rd
Mission, Tx 78572
Phone: (956) 354-6153 Fax: 888-389-0362

# Superbill

**Superbill Date:** 09/12/2023

**Service** 6/16/2023 thru 8/7/2023

**Patient Information**

[redacted]

**Account:** 4130
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (G44.309) Post-traumatic Headache, unspecified, not intractable, (H53.143) Visual discomfort, bilateral, (R11.0) Nausea, (M54.16) Lumbar Radiculitis, (M54.12) Cervical Radiculitis, (S33.5XXA) Lumbar Sprain, (M54.14) Radiculopathy, thoracic reg, (S39.012A) Lumbar Strain, (S13.8XXA) Sprain of joints and ligaments of oth prt neck, init encntr, (S43.92XA) Sprain of unspecified parts of left shoulder girdle, initial encounter, (S16.1XXA) Cervical Strain, (S46.012A) Rotator cuff strain LT shoulder, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (S29.012A) Strain of back wall of thorax, (G47.00) Sleep Disruption

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/16/2023 | CSV | 99204 | | 1 | New Patient Exam | 5/19/2023 | 11 | 0.00 | 590.00 |
| 07/11/2023 | CSV | 99213 | | 1 | Medical Re-Evaluation 99213 | 5/19/2023 | 11 | 0.00 | 300.00 |
| 08/07/2023 | CSV | 99213 | | 1 | Medical Re-Evaluation 99213 | 5/19/2023 | 11 | 0.00 | 300.00 |

**Provider Information**
**Name:** Valerie Rivera, FNP
**License:** 1012034
**Tax ID:** 83-2110096
**NPI:** 1487252987

| | |
|---|---|
| **Total Charges** | $1,190.00 |
| **Total Taxes** | $0.00 |
| **Total** | $1,190.00 |

[redacted]

Electronically Served
3/8/2024 11:30 AM

RE: [redacted]

## AFFIDAVIT OF BILLING RECORD

BEFORE ME, the undersigned authority, personally appeared Luis I. Khit, who, being duly sworn, deposed as follows:

My name is Luis I. Khit. I am over 18 years of age, of sound mind, capable of making this affidavit. I am a custodian of records for **KHIT CHIROPRACTIC AND WELLNESS CENTER.** Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **KHIT CHIROPRACTIC AND WELLNESS CENTER.** provided to [redacted] on 03/31/2022 thru 12/07/2022. The attached records are a part of this affidavit.

The attached records are kept by **KHIT CHIROPRACTIC AND WELLNESS CENTER.** in the regular course of business, and it was the regular course of business of **KHIT CHIROPRACTIC AND WELLNESS CENTER.** for an employee or representative of **KHIT CHIROPRACTIC AND WELLNESS CENTER.** with knowledge of the service provided to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $0.00 and the amount currently unpaid but which **KHIT CHIROPRACTIC AND WELLNESS CENTER.** has a right to be paid after any adjustments or credits is $9,700.00.

AFFIANT

SWORN TO AND SUBSCRIBED before me on the 02 day of January, 2024.

MONICA JIMENEZ
Notary ID #131842283
My Commission Expires
January 5, 2027

NOTARY PUBLIC, STATE OF TEXAS

NOTARY'S PRINTED NAME:

Monica Jimenez

MY COMMISSION EXPIRES: 01/05/2027

Electronically Served
3/8/2024 11:30 AM

## Khit Chiropractic & Wellness Center

401 N Bryan Rd.
Mission, TX 78572
Phone: (956) 583-4300 Fax: (956) 583-4433

# Superbill

**Superbill Date:** 01/05/2023 **Service** 3/31/2022 thru 12/7/2022

**Patient Information**

[redacted]

**Account:** 20037
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S13.8XXA) Sprain of joints and ligaments of oth prt neck, init encntr, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S29.012A) Strain of back wall of thorax, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (M62.830) Muscle spasm of back, (S20.219A) Contusion of unspecified front wall of thorax, init encntr, (G44.309) Post-traumatic headache, unspecified, not intractable, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.221) Other cervical disc displacement at C4-C5 level, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | CSV | 99203 | | 1 | NP Evaluation 99203 | 3/25/2022 | 11 | 0.00 | 325.00 |
| 03/31/2022 | CSV | 97535 | | 1 | Self Care Management | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/01/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/01/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/01/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/01/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/01/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/01/2022 | CSV | A4595 | | 1 | Electrodes (A4595) | 3/25/2022 | 11 | 0.00 | 125.00 |
| 04/04/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/04/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/04/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/04/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/04/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/05/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/05/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/05/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/05/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |

Electronically Served
3/8/2024 11:30 AM

**Khit Chiropractic & Wellness Center**

401 N Bryan Rd.
Mission, TX 78572
Phone: (956) 583-4300 Fax: (956) 583-4433

# Superbill

**Superbill Date:** 01/05/2023 **Service** 3/31/2022 thru 12/7/2022

**Patient Information**

[redacted]

**Account:** 20037
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S13.8XXA) Sprain of joints and ligaments of oth prt neck, init encntr, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S29.012A) Strain of back wall of thorax, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (M62.830) Muscle spasm of back, (S20.219A) Contusion of unspecified front wall of thorax, init encntr, (G44.309) Post-traumatic headache, unspecified, not intractable, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.221) Other cervical disc displacement at C4-C5 level, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/05/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/06/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/06/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/06/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/06/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/06/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/07/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/07/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/07/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/07/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/07/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/08/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/08/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/08/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/08/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/08/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/18/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 205.00 |

**Khit Chiropractic & Wellness Center**
401 N Bryan Rd.
Mission, TX 78572
Phone: (956) 583-4300 Fax: (956) 583-4433

# Superbill

**Superbill Date:** 01/05/2023 **Service** 3/31/2022 thru 12/7/2022

**Patient Information**

[redacted]

**Account:** 20037
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S13.8XXA) Sprain of joints and ligaments of oth prt neck, init encntr, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S29.012A) Strain of back wall of thorax, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (M62.830) Muscle spasm of back, (S20.219A) Contusion of unspecified front wall of thorax, init encntr, (G44.309) Post-traumatic headache, unspecified, not intractable, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.221) Other cervical disc displacement at C4-C5 level, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/20/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/20/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/20/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/20/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/22/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/22/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/22/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/22/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/22/2022 | CSV | 97012 | | 1 | Mechanical Traction 97012 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/22/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 15 Minutes 97110 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 04/22/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/25/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/25/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/25/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/25/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/25/2022 | CSV | 97012 | | 1 | Mechanical Traction 97012 | 3/25/2022 | 11 | 0.00 | 65.00 |

Electronically Served
3/8/2024 11:30 AM

**Khit Chiropractic & Wellness Center**

401 N Bryan Rd.
Mission, TX 78572
Phone: (956) 583-4300 Fax: (956) 583-4433

# Superbill

**Superbill Date:** 01/05/2023 **Service** 3/31/2022 thru 12/7/2022

**Patient Information**

[redacted]

**Account:** 20037
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S13.8XXA) Sprain of joints and ligaments of oth prt neck, init encntr, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S29.012A) Strain of back wall of thorax, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (M62.830) Muscle spasm of back, (S20.219A) Contusion of unspecified front wall of thorax, init encntr, (G44.309) Post-traumatic headache, unspecified, not intractable, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.221) Other cervical disc displacement at C4-C5 level, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/25/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 15 Minutes 97110 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 04/25/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/27/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/27/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/27/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/27/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/27/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/29/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/29/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 04/29/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/29/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 04/29/2022 | CSV | 97012 | | 1 | Mechanical Traction 97012 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 04/29/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 15 Minutes 97110 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 04/29/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/02/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/02/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 05/02/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |

Electronically Served
3/8/2024 11:30 AM

**Khit Chiropractic & Wellness Center**

401 N Bryan Rd.
Mission, TX 78572
Phone: (956) 583-4300 Fax: (956) 583-4433

# Superbill

**Superbill Date:** 01/05/2023 **Service** 3/31/2022 thru 12/7/2022

**Patient Information**

[redacted]

**Account:** 20037
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S13.8XXA) Sprain of joints and ligaments of oth prt neck, init encntr, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S29.012A) Strain of back wall of thorax, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (M62.830) Muscle spasm of back, (S20.219A) Contusion of unspecified front wall of thorax, init encntr, (G44.309) Post-traumatic headache, unspecified, not intractable, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.221) Other cervical disc displacement at C4-C5 level, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/02/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 05/02/2022 | CSV | 97012 | | 1 | Mechanical Traction 97012 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/02/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 15 Minutes 97110 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 05/02/2022 | CSV | 97124 | | 1 | Therapeutic Massage 97124 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/02/2022 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 3/25/2022 | 11 | 0.00 | 115.00 |
| 05/02/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 205.00 |
| 05/05/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/05/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 05/05/2022 | CSV | 97140 | 59 | 1 | Manual Therapies 97140 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 05/05/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/05/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 05/05/2022 | CSV | 97012 | | 1 | Mechanical Traction 97012 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/05/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 15 Minutes 97110 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 05/11/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/11/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 05/11/2022 | CSV | 97140 | 59 | 1 | Manual Therapies 97140 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 05/11/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |

Electronically Served
3/8/2024 11:30 AM

# Khit Chiropractic & Wellness Center

401 N Bryan Rd.
Mission, TX 78572
Phone: (956) 583-4300 Fax: (956) 583-4433

## Superbill

**Superbill Date:** 01/05/2023 **Service** 3/31/2022 thru 12/7/2022

**Patient Information**

[redacted]

**Account:** 20037
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S13.8XXA) Sprain of joints and ligaments of oth prt neck, init encntr, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S29.012A) Strain of back wall of thorax, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (M62.830) Muscle spasm of back, (S20.219A) Contusion of unspecified front wall of thorax, init encntr, (G44.309) Post-traumatic headache, unspecified, not intractable, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.221) Other cervical disc displacement at C4-C5 level, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/2022 | CSV | S8948 | | 1 | Photobiomodulation Therapy | 3/25/2022 | 11 | 0.00 | 100.00 |
| 05/11/2022 | CSV | 97012 | | 1 | Mechanical Traction 97012 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/11/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 15 Minutes 97110 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 05/16/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/16/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 05/16/2022 | CSV | 97140 | 59 | 1 | Manual Therapies 97140 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 05/16/2022 | CSV | 97035 | | 1 | Ultrasound 97035 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/16/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 205.00 |
| 05/18/2022 | CSV | 97014 | | 1 | Electrical Stimulation 97014 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/18/2022 | CSV | 97010 | | 1 | Hot/Cold Therapy 97010 | 3/25/2022 | 11 | 0.00 | 45.00 |
| 05/18/2022 | CSV | 97140 | 59 | 1 | Manual Therapies 97140 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 05/18/2022 | CSV | 97012 | | 1 | Mechanical Traction 97012 | 3/25/2022 | 11 | 0.00 | 65.00 |
| 05/18/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 15 Minutes 97110 | 3/25/2022 | 11 | 0.00 | 95.00 |
| 06/01/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 205.00 |
| 06/01/2022 | CSV | 97535 | | 1 | Self Care Management | 3/25/2022 | 11 | 0.00 | 100.00 |
| 06/01/2022 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 3/25/2022 | 11 | 0.00 | 115.00 |
| 06/15/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 205.00 |

Electronically Served
3/8/2024 11:30 AM

**Khit Chiropractic & Wellness Center**
401 N Bryan Rd.
Mission, TX 78572
Phone: (956) 583-4300 Fax: (956) 583-4433

# Superbill

**Superbill Date:** 01/05/2023 **Service** 3/31/2022 thru 12/7/2022

**Patient Information**

[redacted]

**Account:** 20037
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S13.8XXA) Sprain of joints and ligaments of oth prt neck, init encntr, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S29.012A) Strain of back wall of thorax, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (M62.830) Muscle spasm of back, (S20.219A) Contusion of unspecified front wall of thorax, init encntr, (G44.309) Post-traumatic headache, unspecified, not intractable, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.221) Other cervical disc displacement at C4-C5 level, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 205.00 |
| 08/12/2022 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 3/25/2022 | 11 | 0.00 | 115.00 |
| 08/31/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 205.00 |
| 09/22/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 205.00 |
| 11/16/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 260.00 |
| 12/07/2022 | CSV | 99213 | | 1 | EM 99213 | 3/25/2022 | 11 | 0.00 | 260.00 |
| 12/07/2022 | CSV | 97535 | | 1 | Self Care Management | 3/25/2022 | 11 | 0.00 | 130.00 |

**Provider Information**

**Name:** Librado Torres, D.C.
**License:** DC10301
**Tax ID:** 26-1523735
**NPI:** 1457512675

| | |
|---|---|
| **Total Charges** | $9,700.00 |
| **Total Taxes** | $0.00 |
| **Total** | $9,700.00 |

BASED ON MY EDUCATION, KNOWLEDGE, AND TRAINING, ALL THESE CHARGES AND RATES ARE REASONABLE, CUSTOMARY, AND USUAL IN OUR AREA AT THE TIME AND PLACE RENDERED.

LUIS I KHIT, DC, BCCA, MBA

LICENSED TEXAS CHIROPRACTOR SINCE 2004

**RE:** [redacted]

**AFFIDAVIT OF BILLING RECORD**

BEFORE ME, the undersigned authority, personally appeared Luis I. Khit, who, being duly sworn, deposed as follows:

My name is Luis I. Khit. I am over 18 years of age, of sound mind, capable of making this affidavit. I am a custodian of records for **SPINAL DECOMPRESSION AND REMODELING CLINIC.** Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **SPINAL DECOMPRESSION AND REMODELING CLINIC.** provided to [redacted] on 06/23/2022 - 12/01/2022. The attached records are a part of this affidavit.

The attached records are kept by **SPINAL DECOMPRESSION AND REMODELING CLINIC.** in the regular course of business, and it was the regular course of business of **SPINAL DECOMPRESSION AND REMODELING CLINIC.** for an employee or representative of **SPINAL DECOMPRESSION AND REMODELING CLINIC.** with knowledge of the service provided to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $0.00 and the amount currently unpaid but which **SPINAL DECOMPRESSION AND REMODELING CLINIC.** has a right to be paid after any adjustments or credits is $ 5,510.00.

AFFIANT

SWORN TO AND SUBSCRIBED before me on the 03 day of January, 2024.

MONICA JIMENEZ
Notary ID #131842283
My Commission Expires
January 5, 2027
NOTARY PUBLIC STATE OF TEXAS

NOTARY PUBLIC, STATE OF TEXAS

NOTARY'S PRINTED NAME:

Monica Jimenez

MY COMMISSION EXPIRES: 01/05/2027

Electronically Served
3/8/2024 11:30 AM

## Spinal Decompression & Remodeling Clinic

301 N Bryan Rd
Mission,TX ,78572
Phone: 956-598-5767 Fax:

# Superbill

**Superbill Date:** 01/05/2023 **Service** 6/23/2022 thru 12/1/2022

**Patient Information**

[redacted]

**Account:** 19257
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (M50.221) Other cervical disc displacement at C4-C5 level, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of Injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/2022 | CSV | S9090 | | 3 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 450.00 |
| 06/23/2022 | CSV | 97110 | | 1 | Therapeutic Exercise | 3/25/2022 | 11 | 0.00 | 95.00 |
| 06/23/2022 | CSV | L0625 | | 1 | Lumbar Support Belt | 3/25/2022 | 11 | 0.00 | 200.00 |
| 07/13/2022 | CSV | S9090 | | 3 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 450.00 |
| 07/13/2022 | CSV | S8948 | | 2 | Low Level Laser | 3/25/2022 | 11 | 0.00 | 200.00 |
| 07/13/2022 | CSV | 97110 | | 1 | Therapeutic Exercise | 3/25/2022 | 11 | 0.00 | 95.00 |
| 08/16/2022 | CSV | S9090 | | 3 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 450.00 |
| 08/16/2022 | CSV | S8948 | | 2 | Low Level Laser | 3/25/2022 | 11 | 0.00 | 200.00 |
| 08/18/2022 | CSV | S9090 | | 3 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 450.00 |
| 08/18/2022 | CSV | S8948 | | 2 | Low Level Laser | 3/25/2022 | 11 | 0.00 | 200.00 |
| 08/23/2022 | CSV | S9090 | | 2 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 300.00 |
| 08/23/2022 | CSV | S8948 | | 1 | Low Level Laser | 3/25/2022 | 11 | 0.00 | 100.00 |
| 09/01/2022 | CSV | S9090 | | 2 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 300.00 |
| 09/01/2022 | CSV | S8948 | | 2 | Low Level Laser | 3/25/2022 | 11 | 0.00 | 200.00 |
| 09/07/2022 | CSV | S9090 | | 2 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 300.00 |
| 09/07/2022 | CSV | S8948 | | 2 | Low Level Laser | 3/25/2022 | 11 | 0.00 | 200.00 |
| 09/09/2022 | CSV | S9090 | | 2 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 360.00 |
| 11/21/2022 | CSV | S9090 | | 2 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 300.00 |
| 11/23/2022 | CSV | S9090 | | 2 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 360.00 |

Electronically Served
3/8/2024 11:30 AM

Spinal Decompression & Remodeling Clinic
301 N Bryan Rd
Mission,TX ,78572
Phone: 956-598-5767 Fax:

# Superbill

**Superbill Date:** 01/05/2023 **Service** 6/23/2022 thru 12/1/2022

**Patient Information**

[redacted]

**Account:** 19257
**Date of birth:** [redacted]
**Employer:**

**Payor Information**

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

**Dx:** (M50.221) Other cervical disc displacement at C4-C5 level, (M51.26) Other intervertebral disc displacement, lumbar region, (M50.223) Other cervical disc displacement at C6-C7 level

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/2022 | CSV | S9090 | | 2 | Vertebral axial decompression, per session | 3/25/2022 | 11 | 0.00 | 300.00 |

**Provider Information**

**Name:** Luis I Khit, DC
**License:** DC9840
**Tax ID:** 83-4589342
**NPI:** 1982638151

| | |
|---|---|
| **Total Charges** | $5,510.00 |
| **Total Taxes** | $0.00 |
| **Total** | $5,510.00 |