# EXHIBIT A

IN THE COUNTY COURT

AT LAW NO. 9

OF HIDALGO COUNTY, TEXAS

________________________________

BRENDA RODRIGUEZ,

Plaintiff,

v. Cause No.

VICTOR MANUEL SALAZAR, CL-22-4174-I

Defendant.

________________________________

VIDEOCONFERENCE DEPOSITION OF

SUSAN WILLIG FAN, M.D.

DATE: Friday, August 9, 2024

TIME: 9:18 a.m.

LOCATION: Remote Proceeding

Houston, TX 77006

OFFICIATED BY: Amellaly Aguilar

JOB NO.: 6854554

FOR READING & SIGNING ONLY

A Yes.
Q I'm going to zoom in a bit, but is this what you produced?
A Yes.
Q And I'll go to the next page. Just a second.
A The shoulder. Yeah.
Q Now, Dr. Fan, is this how the reports appear from your computer screen? Is this how you're able to access them currently?
A I'm not sure I understand.
Q I apologize. When you pulled up this patient's file, is this how the report appears in your -- through your computer software?
A Yes.
Q Okay. So --
A Well, not exactly. I see it -- I had to pull it up in that way to print it. But when I look at it, I'm --- I'm not seeing the, like, the side information. I'm just seeing the little square box with the report.
Q Okay. Oh. Okay. Understood. And is this through a PACS system?
A Yes.
Q And when you click on a patient's file

FOR READING & SIGNING ONLY

A Yes. Yes, exactly.
Q Okay. And do you dictate your findings?
A Yes.
Q And do you do that as you are reviewing the images?
A Exactly.
Q Okay. And are -- do you later transcribe what you've earlier dictated or is that sent to someone else?
A No. We do voice recognition. The report is complete after I finish dictating. There's no --
Q Okay. So it's like talk to text essentially?
A Yes.
Q Okay. And --
A Well we haven't -- nobody's transcribed for us in 20, 25 years. It's all us all the time.
Q And after you have dictated your findings, are you then reviewing what is ultimately transcribed on this report, confirming that it's accurately transcribed what it is that you said?
A Yes. So after I finish the report, I read it over and then I click "Complete" and then it goes out.
Q Okay. And when you click "Complete," is

FOR READING & SIGNING ONLY

to me whatever the solution would be.

Q Okay. So someone from QINI will presumably reach out to the facility that took the MRIs, let them know what issue was going on, and then it's resolved from there?

A Yes.

Q And for images that you are reviewing remotely like these with Ms. Rodriguez, are you often in communication with the provider who referred the patient out for the MRIs?

A No. Never.

Q Okay. So you aren't -- you wouldn't be speaking to Dr. Nadal, the chiropractor who ordered these MRIs?

A No.

Q So you do not regularly speak to Dr. Luis Khit?

A I don't think I ever have. But certainly not regularly.

Q Okay. And if that's the case, then is it fair to say that you did not have any input into what Insight Diagnostics or Dr. Khit charges for your MRI services?

A No. I don't know.

Q And, Dr. Fan, everything you produced today

FOR READING & SIGNING ONLY

to review. Is that right?
A Yes.
Q Okay. And do you have -- do you get a different list every day?
A Yes.
Q Okay. And are you reviewing films for QINI every day of the week?
A Monday through Friday, and sometimes on the weekends. You know, working from home is great because you're always available, but working from home is tough because you're always available. So I try not to work very much on weekends, but I usually end up doing at least some catch up work so I -- I wouldn't say every single day, but maybe six days a week.
Q Okay. And about how many films per day are you reviewing?
A Oh. I don't keep track.
Q Okay. Can you estimate sort of a number of what appears on your list daily?
A It might not be accurate. I'd hate to do that.
Q Okay. Approximately how long does it usually take you per image you're reviewing to complete your report?

FOR READING & SIGNING ONLY

A Oh. That varies widely.
Q Okay. So for a cervical MRI like Ms. Rodriguez's, on average how long would that typically take you?
A An uncomplicated case, like not somebody who's really elderly with a lot of reporting, I would say maybe five to eight minutes. Now her case was limited. She had only three sequences. So, yeah. Probably five to eight minutes start to finish.
Q Okay. And would that be about the same amount of time it would take to review a relatively uncomplicated shoulder MRI?
A Maybe a little bit longer. There's more sequences in a shoulder, generally, and more structure, so a little longer.
Q And I'm going to circle back. Dr. Fan, could you tell me more about your educational background?
A Sure. What -- what would you like to know?
Q Where did you go to get your bachelor's?
A I graduated from the University of Miami.
Q Okay. Around when did you graduate?
A Let's see. I guess 1981.
Q Okay. And where did you go to medical school?

FOR READING & SIGNING ONLY

A Tulane University School of Medicine in New Orleans.
Q Okay. And when did you graduate from medical school?
A 1985.
Q Did you complete your residency?
A Yes. I did.
Q And and where did you do that?
A Baylor College of Medicine in Houston.
Q And was that in radiology?
A Diagnostic radiology.
Q Okay. And when would you have completed that?
A 1989.
Q Do you have any additional degrees or schooling?
A I did a fellowship in body imaging, and I finished that in 1990.
Q And was that also at Baylor?
A Yes.
Q Okay. Are you licensed to practice medicine in any state outside of Texas?
A Yes.
Q Where?
A California and Arizona.

FOR READING & SIGNING ONLY

I don't know how long that is.

Q Okay. So if we just considered from once you have it available to you, once it's sent through the PAC system system and accessible to you, what does that turnaround time look like?

A Well, I can only speak for myself. I read everything on my list by the end of the night, and that means even if I stay up till 11, I finish it.

Q Okay. And once you have completed reviewing a patient's films, are you maintaining your own separate patient file?

A Oh. No.

Q And to your knowledge, does Insight Diagnostics require you to prepare any specific kind of report?

A No.

Q And the language used here, this format, is this something specific to Insight Diagnostics or is this just generally how you would dictate your findings?

A No. That's our normal shoulder template.

Q Okay. To your knowledge, would you have reviewed Ms. Rodriguez's right shoulder and cervical MRIs around the same time?

A Yes. I would have.



FOR READING & SIGNING ONLY

Q Okay. So if you e-signed Ms. Rodriguez's right shoulder MRI around 9:15 a.m. and e-signed the cervical MRI at 9:17, is it safe to assume that you would have been reviewing the cervical films within that two-minute timeframe?

A No. When the -- when the images come over, both of her MRIs would pop up on the same card. And so what I would normally do is I would look at the cervical and then review the shoulder because they're on the same -- I don't know how to explain it other than saying they're on the -- in other words, when I open up her cervical, her shoulder pops up as well. And so to save time for me, I will usually review the cervical images and the shoulder images and then I'll do my reports, so the two minutes doesn't reflect necessarily the time that I spent on either of the exams or when I opened the study to review.

Q Okay. And so you are seeing both the right shoulder and the cervical spine at the same time?

A Well they pop up at the same time on my workstation and so it's -- it's easier for me to review them at the same time and then to -- to dictate the reports.

Q Okay. So if you were, for instance, measuring herniations on a cervical MRI, are you



FOR READING & SIGNING ONLY

reviewing and taking those measurements before you begin dictating your findings?

A Yes. I -- I usually will. We have a lot of tools on our PACS so that I would get the ruler and measure, I mean, if I need to. I've been doing this for so long a lot of times I can just eyeball it, but I -- I'll put a little ruler marker on there and that stays on while I'm dictating.

Q Okay. And that was actually going to be my next question is if you had a ruler or some sort of tool through your PACS system that assisted --

A Yes. All sorts of tools. Pages of them.

Q And which parts of this MRI report are you dictating? Is it basically everything that is not in bold or capitalized?

A No. It's not. Like where it says "History," I have to dictate "Right shoulder pain."

Q Okay. And do you have to dictate "Technique"?

A No. That's on there.

Q Okay. What about "IV contrast"?

A That's on there. And I -- yeah. No. I wouldn't have to if we had a -- we have a different template from contrast, so that would be on there already.

FOR READING & SIGNING ONLY

know how much longer we're going to be? Because I -- I kind of have to get to work.

Q No. This is literally my last exhibit. We're wrapping up.

A Okay. Perfect. Thank you so much.

Q Yeah. Of course. Okay. Dr. Fan, have you ever seen this invoice for Ms. Rodriguez's MRIs?

A No. Never.

Q Okay. So you did not have any input as far as the CPT codes that were used for this report or the $50,000 that were charged for it?

A No. No. I've never seen that.

Q Okay. And this name, license number, and NPI, obviously this is not for -- this is not the same NPI number that we pulled up earlier, right?

A No. It's not.

Q And this is the first time you're ever seeing this bill?

A Yes.

MS. FRANK: All right. I think that's all I have.

THE WITNESS: Thank you.

MS. FRANK: Thank you for being patient with me.

THE WITNESS: No problem. Sorry I

FOR READING & SIGNING ONLY