# EXHIBIT D

[redacted], [redacted] 51y M | MR - I CERVICAL 07/12/23 15:14 CDT

Patient: [redacted], [redacted] / 51y / M

Study: 07/12/23 15:14 CDT / OP-00624179214 / 221 Instances

(1) MR - CERVICAL SPINE WO

History: Neck pain s/p MVA. (very large pt - difficulty holding still, repeat t2 sag) (Hx)

Facility: Insight Diagnostics - Central Park Imaging Center / CENTRAL PARK IMAGING

Priority: Routine

Ref. Physician: (Tech input) Debbie Rivera / (DICOM) Rivera / 5123861369

Enter a study note

0/5

**Study History (2)** Hide

search study history...

limit to related studies

| | | |
|---|---|---|
| 07/12/23 15:40 CDT | MR - MRI LUMBAR (MR - LUMBAR SPINE WO) | LBP s/p MVA (Hx) |
| **07/12/23 15:14 C...** | **MR - MRI CERVICAL (MR - CERVICAL SPINE WO)** | **Neck pain s/p MVA. (very large pt - difficulty holding still, repeat t2 sag) (Hx)** |

Facility Note: **All MRIs are liability cases. Please describe, if present, disc herniations and bulges WITH measurements and effect on foramina and nerves. Customer wants "detailed descriptions". Degenerative changes should not be simplified, rather describe each level in detail.**

**In all X-RAYS please mention, if present, any abnormal curvature, addressing straightening, hyperlordosis, etc. Be specific to levels if there is disc space narrowing.**

EXHIBIT

6

[redacted] [redacted] 51y M | MR - I LUMBAR 07/12/23 15:40 CDT

Patient: [redacted] [redacted] / 51y / M

Study: 07/12/23 15:40 CDT / OP-00624179244 / 131 Instances

(1) MR - LUMBAR SPINE WO

History: LBP s/p MVA (Hx)

Facility: Insight Diagnostics - Central Park Imaging Center / CENTRAL PARK IMAGING

Priority: Routine

Ref. Physician: (Tech input) Debbie Rivera / (DICOM) Rivera / 5123861369

Enter a study note

0/5

Study History (2) Hide search study history... limit to related studies

| | | |
|---|---|---|
| **07/12/23 15:40 C...** | **MR - MRI LUMBAR (MR - LUMBAR SPINE WO)** | **LBP s/p MVA (Hx)** |
| 07/12/23 15:14 CDT | MR - MRI CERVICAL (MR - CERVICAL SPINE WO) | Neck pain s/p MVA. (very large pt - difficulty holding still, repeat t2 sag) (Hx) |

Facility Note: **All MRIs are liability cases. Please describe, if present, disc herniations and bulges WITH measurements and effect on foramina and nerves. Customer wants "detailed descriptions". Degenerative changes should not be simplified, rather describe each level in detail.**

**In all X-RAYS please mention, if present, any abnormal curvature, addressing straightering, hyperlordosis, etc. Be specific to levels if there is disc space narrowing.**