## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, and ALLSTATE COUNTY MUTUAL INSURANCE COMPANY,** | § § § § § § § § | |
| *Plaintiffs,* | § § § | |
| **v.** | § § § | **Civil Action No. 1:26-CV-543-ADA-ML** |
| **KHIT CHIROPRACTIC AND REHABILITATION, PLLC, KHIT & ASSOCIATES, PLLC D/B/A KHIT CHIROPRACTIC & WELLNESS CENTER, SKAK INVESTMENTS, LLC D/B/A INSIGHT DIAGNOSTIC AND IMAGING CENTER, LLC, INSIGHT IMAGING CENTER, LLC, KAY MEDICAL CENTER, PLLC, SPINAL DECOMPRESSION AND REMODELING CLINIC, PLLC, ELKAY ENTERPRISES, LLC D/B/A ELKAY TRANSPORT, IMPACT PROFESSIONAL SERVICES, LLC, KHIT PROPERTY MANAGEMENT, LLC, MIGUEL ONETO, M.D., P.A. D/B/A QI & INTERVENTIONS, LUIS KHIT, D.C., ALEJANDRA KHIT, D.C., ANNA GITTINS, ARTURO RESENDEZ, SUSAN FAN, M.D., MIGUEL ONETO, M.D., JULIETA ONETO, M.D., SANNICHIE QUAICOE, M.D., WILLIAM DONOVAN, M.D., JOSE NADAL, D.C., LIBRADO TORRES, D.C., JOHN GLADE, D.C., LIZ MOLINA, D.C., REYNALDO AMADOR, D.C., DEBBIE RIVERA, D.C., AND JONATHAN HERNANDEZ, D.C.,** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § § § | |

## STIPULATION EXTENDING DEFENDANTS' DEADLINE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS

Defendants Susan Fan, M.D., Julieta Oneto, M.D., Miguel Oneto, M.D., and Miguel Oneto, M.D., P.A. d/b/a QI & Interventions ("Oneto Defendants"), Khit Chiropractic and Rehabilitation, PLLC, Khit & Associates, PLLC d/b/a Khit Chiropractic & Wellness Center, SKAK Investments, LLC d/b/a Insight Diagnostic and Imaging Center, LLC, Insight Imaging Center, LLC, Kay Medical Center, PLLC, Spinal Decompression and Remodeling Clinic, PLLC, Elkay Enterprises, LLC d/b/a Elkay Transport, Impact Professional Services, LLC, Khit Property Management, LLC, Miguel Oneto, M.D., P.A. d/b/a QI & Interventions, Luis Khit, D.C., Alejandra Khit, D.C., Anna Gittins,  Susan Fan, M.D., Miguel Oneto, M.D., Julieta Oneto, M.D., Sannichie Quaicoe, M.D., William Donovan, M.D., Jose Nadal, D.C., Librado Torres, D.C., John Glade, D.C., Liz Molina, D.C., Reynaldo Amador, D.C., Debbie Rivera, D.C., and Jonathan Hernandez, D.C. ("Khit Defendants"), Arturo Resendez, and Plaintiffs Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company and Allstate County Mutual Insurance Company ("Plaintiffs") by and through their undersigned counsel, file this Stipulation extending Defendants' deadlines to reply to Plaintiffs' response to Motions to Dismiss.

1.    Plaintiffs filed their Original Complaint on March 5, 2026. [Dkt. 1].

2.    Oneto Defendants moved to dismiss on June 22, 2026. [Dkt. 15].

3.    Defendant Arturo Resendez also moved to dismiss on June 22, 2026. [Dkt. 16].

4.    Khit Defendants also moved to dismiss on June 22, 2026. [Dkt. 17].

5.    Plaintiffs filed a Response to Oneto Defendants' Motion to Dismiss on July 31, 2026. [Dkt. 21].

6.    Plaintiffs filed a Response to Defendant Arturo Resendez's Motion to Dismiss on July 31, 2026. [Dkt. 20].

7.    Plaintiffs filed a Response to Khit Defendants' Motion to Dismiss on July 31, 2026. [Dkt. 19].

8.    Plaintiffs and Defendants stipulate and agree that Defendants' deadline to file a Reply to the above-referenced Responses [Dkt. Nos. 19-21] is extended to Friday, August 14, 2026.

9.    This Stipulation does not alter any other deadline and does not waive any objection, argument, or right available to Defendants.

DATE: August 6, 2026

Respectfully submitted,

By: _Ricardo D. Cedillo_

Ricardo G. Cedillo
Texas Bar No. 04043600
Joseph L. Korbel
Texas Bar No. 24127174
Zachary K. Gilbert
Texas Bar No. 24132118
**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulberry Ave., Ste. 250
San Antonio, Texas 78212
Telephone:    210.822.6666
Facsimile:    210.660.3795
Email:    rcedillo@lawdcm.com
Email:    jkorbel@lawdcm.com
Email:    zgilbert@lawdcm.com

***ATTORNEYS FOR DEFENDANTS JULIETA ONETO, MD., MIGUEL ONETO, MD, MIGUEL ONETO MD., P.A., D/B/A QI & INTERVENTIONS AND SUSAN FAN, M.D.***

3

**AGREED:**

By:    */s/ Laura Sheery (with permission)*
        Laura Sherry – Attorney in Charge
        Texas State Bar No. 24056203
        lrs@knoxricksen.com
        Erin Holmes
        Texas State Bar No. 24043732
        ekh@knoxricksen.com
        Katherine Frank
        Texas State Bar No. 24105630
        kf@knoxricksen.com
        Knox Ricksen LLP
        3626 North Hall (Two Oak Lawn)
        Suite 610-K33
        Dallas, Texas 75219
        Tel: (469) 887-1760
        Fax: (469) 887-1765

        *ATTORNEYS FOR PLAINTIFFS*


By:    */s/ Juan Fuentes (with permission)*
        Juan Fuentes
        State Bar No. 24005405
        juan@fuentesfirm.com
        The Fuentes Firm, P.C.
        2626 Cole Ave. #300
        Dallas, TX 75204
        Tel.: (281) 378-7640

        *ATTORNEY FOR DEFENDANT*
        *ARTURO RESENDEZ*

By:    /s/ Brian S. Humphrey II (with permission)
    Brian S. Humphrey II
    State Bar No. 24074456
    brian@humphreylawpllc.com
    Humphrey Law PLLC
    800 Rockmead, Suite 121
    Kingwood, TX 77339
    Tel.: (713) 364-2616
    Fax: (832) 827-3299

    ***ATTORNEY FOR DEFENDANTS KHIT CHIROPRACTIC AND REHABILITATION, PLLC, KHIT & ASSOCIATES, PLLC D/B/A KHIT CHIROPRACTIC & WELLNESS CENTER, SKAK INVESTMENTS, LLC D/B/A INSIGHT DIAGNOSTIC AND IMAGING CENTER, LLC, INSIGHT IMAGING CENTER, LLC, KAY MEDICAL CENTER, PLLC, SPINAL DECOMPRESSION AND REMODELING CLINIC, PLLC, ELKAY ENTERPRISES, LLC D/B/A ELKAY TRANSPORT, IMPACT PROFESSIONAL SERVICES, LLC, KHIT PROPERTY MANAGEMENT, LLC, LUIS KHIT, D.C., ALEJANDRA KHIT, D.C., ANNA GITTINS, ARTURO RESENDEZ, SANNICHIE QUAICOE, M.D., WILLIAM DONOVAN, M.D., JOSE NADAL, D.C., LIBRADO TORRES, D.C., JOHN GLADE, D.C., LIZ MOLINA, D.C., REYNALDO AMADOR, D.C., DEBBIE RIVERA, D.C., AND JONATHAN HERNANDEZ, D.C.***

## CERTIFICATE OF SERVICE

    I certify that on this 6th day of August 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

RICARDO G. CEDILLO

5